BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
10250 Constellation Blvd, 21st Floor
Los Angeles, CA 90067
Telephone: 310.788.5100
Facsimile: 310.286.0992

THOMAS M. HEFFERON (*pro hac vice* to be filed)
*thefferon@goodwinprocter.com*
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: 202.346.4000
Facsimile: 202.346.4444

PAUL G. MCNAMARA (SBN 106080)
*pmcnamara@omm.com*
**O'MELVENY & MYERS LLP**
400 S. Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: 213.430.6000
Facsimile: 213.430.6407

*Attorneys for Defendants: COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; and FULL SPECTRUM LENDING, a Division of Countrywide Home Loans, Inc., erroneously named as Full Spectrum Lending, Inc.*

FILED
08 JUL 22 PM 1:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| ROY V. HURSH, an individual<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; FULL SPECTRUM LENDING, INC.; ANGELO MOZILO; DAVID SAMBOL; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 08 CV 1313 J NLS<br><br>**LOCAL RULE 40.2 NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: |

Pursuant to Local Rule 40.2, Defendants Countrywide Financial Corporation ("CFC"), Countrywide Home Loans, Inc. ("CHL"), and Full Spectrum Lending (erroneously named as Full Spectrum Lending, Inc.) ("FSL") identify Bank of America Corporation ("BAC"), a publicly held corporation, as their ultimate parent corporation. No publicly held corporation other than BAC owns more than 10% of CFC, CHL, and/or FSL's stock.

Respectfully submitted,

Dated: July 22, 2008

By: [signature]

BROOKS R. BROWN
**GOODWIN PROCTER LLP**
10250 Constellation Blvd, 21st Floor
Los Angeles, CA 90067

THOMAS M. HEFFERON
*(pro hac vice to be filed)*
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001

PAUL G. MCNAMARA
**O'MELVENY & MYERS LLP**
400 S. Hope Street, 18th Floor
Los Angeles, CA 90071

*Attorneys for Defendants: COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; and FULL SPECTRUM LENDING, a Division of Countrywide Home Loans, Inc., erroneously named as Full Spectrum Lending, Inc.*

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10250 Constellation Blvd., Los Angeles, CA 90067.

On **July 22, 2008**, I served on the interested parties in said action the within:

**LOCAL RULE 40.2 NOTICE OF PARTY WITH FINANCIAL INTEREST**

Joseph J. Rego, Esq.
LAW OFFICES OF JOSEPH J. REGO
4019 Park Blvd.
San Diego, CA 92103

***Counsel for Plaintiff: ROY V. HURSH***
T: 619.293.0310
F: 619.293.0940
Jjrego2@msn.com

☐ By (ELECTRONIC MAIL) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic *Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as* required *by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

And/or

by placing a true copy thereof in a sealed envelope(s) addressed as stated above and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

☑ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (OVERNIGHT DELIVERY) by depositing in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered by said express service carrier.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on **July 22, 2008**, at Los Angeles, California.

Simone Robinson
(Type or print name)

Simone Robinson/an
(Signature)

LIBA/1917194.1