BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
10250 Constellation Blvd, 21st Floor
Los Angeles, CA 90067
Telephone: 310.788.5100
Facsimile: 310.286.0992

[Additional Counsel Listed in Signature Block]

*Attorneys for Defendants: COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; and FULL SPECTRUM LENDING, a Division of Countrywide Home Loans, Inc., erroneously named as Full Spectrum Lending, Inc.*

JOSEPH J. REGO, ESQ. (SBN 163183)
*jjrego2@msn.com*
**LAW OFFICES OF JOSEPH J. REGO**
4019 Park Blvd.
San Diego, CA 92103
Telephone: 619.293.0310
Facsimile: 619.293.0940

*Attorneys for Plaintiff: ROY V. HURSH*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| ROY V. HURSH, an individual<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; FULL SPECTRUM LENDING, INC.; ANGELO MOZILO; DAVID SAMBOL; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 08 CV 1313-J-NLS<br><br>**JOINT MOTION TO SET DEADLINE FOR CERTAIN DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Date:<br>Time:<br>Courtroom: 12<br>Judge: Honorable Napoleon A. Jones, Jr. |

Pursuant to CivLR 7.1 and 12.1, Plaintiff Roy V. Hursh ("Plaintiff") and Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc. and Full Spectrum Lending, a Division of Countrywide Home Loans, Inc., erroneously named as Full Spectrum Lending, Inc. (collectively, "Countrywide"), hereby stipulate to, and jointly move this Court for an order setting, September 29, 2008, as the deadline for Countrywide to answer or otherwise plead in response to Plaintiff's Complaint in this action. (A form of Proposed Order has been submitted to this Court contemporaneously herewith.)

As grounds for this Joint Motion, Plaintiff and Countrywide stipulate and agree as follows:

1. On July 2, 2008, Plaintiff, on behalf of himself, and purportedly on behalf of others similarly situated, filed a "Complaint for 1. Violation of Business and Professions Code Section 17500 (Untrue or Misleading Statements) 2. Violations of Business and Professions Code Section 17200 (Unfair Competition)" ("Complaint") against Countrywide (and two of its former officers) in the Superior Court of California for the County of San Diego (the "State Court Action").

2. Thereafter, on July 22, 2008, and before service of the Complaint was effected upon Countrywide (or any of its co-defendants), Countrywide timely and properly removed the State Court Action to this Court pursuant to 28 U.S.C. §§ 1332 and 1441, as amended in relevant part by the Class Action Fairness Act of 2005, and authorized by 28 U.S.C. § 1453.

3. Under Fed. R. Civ. P. 81(c)(2), Countrywide's time to answer following removal is 20 days after service of the Complaint and summons. Fed. R. Civ. P. 81(c)(2).

4. Since service had not been effected upon Countrywide at the time of the removal, Countrywide's counsel contacted Plaintiff's counsel on July 22, 2008, to discuss a potential agreement to accept service and a mutually agreeable date for Countrywide to answer or otherwise plead in response to the Complaint.

5. As a result of that conference, Countrywide's counsel agreed to accept service of the Complaint effective as of July 29, 2008, and Plaintiff and Countrywide agreed that Countrywide shall have up to and including September 29, 2008, to answer or otherwise plead in response to the Complaint. This agreed-upon deadline is in accord with Fed. R. Civ. 4(d)(3), which provides that a defendant "who, before being served with process, timely returns a waiver

[of service] need not serve an answer until 60 days after the [waiver] request was sent." Fed. R. Civ. P. 4(d)(3). Indeed, September 29, 2008, is the first business day after the expiration the 60-day period provided for Countrywide to answer under Rule 4(d)(3).

6. In light of Countrywide's agreement to waive service of process in accordance with Fed. R. Civ. P. 4(d), Plaintiff and Countrywide have stipulated and agreed to the September 29, 2008, date to ensure that each has the same understanding of the deadline for Countrywide to answer or otherwise plead in response to the Complaint.

7. Against this background, there is good cause for entry of the requested Proposed Order and no party will prejudiced by it.

WHEREFORE, for all the foregoing reasons, Plaintiff and Countrywide respectfully request that this Court set September 29, 2008, as the deadline for Countrywide to answer or otherwise plead in response to the Complaint, and enter the Proposed Order submitted herewith.

Respectfully submitted,

Dated: July 23, 2008 By: s/ Brooks R. Brown

BROOKS R. BROWN
bbrown@goodwinprocter.com
**GOODWIN PROCTER LLP**
10250 Constellation Blvd, 21st Floor
Los Angeles, CA 90067
Telephone: 310.788.5100

THOMAS M. HEFFERON (*pro hac vice* to be filed)
thefferon@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: 202.346.4000

PAUL G. McNAMARA (SBN 106080)
pmcnamara@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: 213.430.6000

*Attorneys for Defendants: COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; and FULL SPECTRUM LENDING, a Division of Countrywide Home Loans, Inc., erroneously named as Full Spectrum Lending, Inc. only*

Dated: July 23, 2008

By: s/ Joseph J. Rego

JOSEPH J. REGO, ESQ.
jjrego2@msn.com
**LAW OFFICES OF JOSEPH J. REGO**
4019 Park Blvd.
San Diego, CA 92103

*Attorneys for Plaintiff: ROY V. HURSH*

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10250 Constellation Blvd., Los Angeles, CA 90067.

On **July 23, 2008**, I served on the interested parties in said action the within:

**JOINT MOTION TO SET DEADLINE FOR CERTAIN DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Joseph J. Rego, Esq.
LAW OFFICES OF JOSEPH J. REGO
4019 Park Blvd.
San Diego, CA 92103

***Counsel for Plaintiff: ROY V. HURSH***
T: 619.293.0310
F: 619.293.0940
Jjrego2@msn.com

☑ By (ELECTRONIC MAIL) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). *"A* Notice of Electronic *Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as* required *by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

And/or

by placing a true copy thereof in a sealed envelope(s) addressed as stated above and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

☐ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (OVERNIGHT DELIVERY) by depositing in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered by said express service carrier.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on **July 23, 2008**, at Los Angeles, California.

Brooks R. Brown
(Type or print name)

s/ Brooks R. Brown
(Signature)