FILED
JUL 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KAJ DEPUTY

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

08cv1313-L(NLS)

| | |
|---|---|
| IN RE COUNTRYWIDE MORTGAGE LITIGATION | MDL Docket No. ______ |

**NOTICE OF APPEARANCE**

**PARTIES REPRESENTED**

Countrywide Financial Corporation
Countrywide Bank, FSB
Countrywide Home Loans, Incorporated
Bank of America Corporation

**SHORT CASE CAPTION**

1. *Francis G. Sizemore, et al. v. Countrywide Financial Corp., et al.*, C.D. Cal., 2:07-cv-06094.

2. *Symone Leyvas, et al. v. Bank of America Corp., et al.*, C.D. Cal., 8:08-cv-787.

3. *People of the State of California v. Countrywide Financial Corp., et al.*, C.D. Cal., 08-cv-04861.

4. *Roy V. Hursh v. Countrywide Financial Corp., et al.*, S.D. Cal., 3:08-cv-01313.

5. *People of the State of Illinois v. Countrywide Financial Corp., et al.*, N.D. Ill., 08-cv-4210.

**************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the represented parties indicated above. I am aware that only one attorney may be designated for each party.

July 25, 2008

John Beisner / BOB

John Beisner
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)
bboyle@omm.com

FILED
JUL 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

08CV1313-L(NLS)

| | | |
|---|---|---|
| IN RE COUNTRYWIDE MORTGAGE LITIGATION | ) | MDL Docket No. ______ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Countrywide Financial Corporation, Countrywide Bank, FSB, Countrywide Home Loans, Inc., and Bank of America Corporation ("Movants") submit the following disclosure statement:

Countrywide Financial Corporation is an indirect, wholly-owned subsidiary of Bank of America Corporation.

Countrywide Bank, FSB is an indirect, wholly-owned subsidiary of Countrywide Financial Corporation.

Countrywide Home Loans, Inc. is a wholly-owned subsidiary of Countrywide Financial Corporation.

Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange.

Dated: July 25, 2008

Respectfully submitted,

John Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (phone)
(202) 383-5414 (fax)

*Attorneys for Countrywide Financial Corp., Countrywide Bank, FSB, Countrywide Home Loans, Inc., and Bank of America Corporation*

FILED

JUL 3 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION** 08CV1313-L(NLS)

MDL- ______ IN RE COUNTRYWIDE MORTGAGE LITIGATION

UPDATED SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiffs:<br>**Francis G. Sizemore; Rebecca G. Sizemore; Edward Marini; Kimberly Menichetti; Philip D. Menichetti; Sequesta L. Washington**<br><br>Defendants:<br>**Countrywide Financial Corp.; Countrywide Bank, N.A.; Countrywide Home Loans, Inc.; Countrywide Tax Services Corp.; LandSafe, Inc.; LandSafe Appraisal Services, Inc.; LandSafe Credit, Inc.; LandSafe Flood Determination, Inc.** | **C.D. Cal. W. Div.** | **2:07-cv-06094** | Hon. Stephen V. Wilson |
| Plaintiffs:<br>**Symone Leyvas; John Leyvas; June Harding Brown**<br><br>Defendants:<br>**Bank of America Corp., Countrywide Financial Corp.; Countrywide Home Loans, Inc.; Countrywide Bank, FSB; Full Spectrum Lending, Inc.; Does 1-10** | **C.D. Cal. W. Div.** | **8:08-cv-787** | Hon. David O. Carter |

| | | | |
|---|---|---|---|
| Plaintiffs:<br>**People of the State of California**<br><br>Defendants:<br>**Countrywide Financial Corp.; Countrywide Home Loans, Inc.; Full Spectrum Lending, Inc.; Angelo Mozilo; David Sambol; Does 1-100** | **C.D. Cal.** | **08-04861** | Hon. Stephen V. Wilson |
| Plaintiffs:<br>**Roy V. Hursh**<br><br>Defendants:<br>**Countrywide Financial Corp., Countrywide Home Loans, Inc.; Full Spectrum Lending, Inc.; Angelo Mozilo; David Sambol; Does 1-100** | **S.D. Cal. (San Diego)** | **3:08-cv-01313** | Hon. Napoleon A. Jones, Jr. |
| Plaintiffs:<br>**People of the State of Illinois**<br><br>Defendants:<br>**Countrywide Financial Corp.; Countrywide Home Loans, Inc.; Full Spectrum Lending; Countrywide Home Loans Servicing, LP; Angelo R. Mozilo** | **N.D. Ill.** | **08CV4210** | Hon. Elaine E. Bucklo |

Dated: July 25, 2008

Respectfully submitted,

John Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (phone)
(202) 383-5414 (fax)

*Attorneys for Countrywide Financial Corp., Countrywide Bank, FSB, Countrywide Home Loans, Inc., and Bank of America Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the enclosed Notice of Appearance, Corporate Disclosure Statement, and updated Schedule of Actions were served by First Class Mail on July 25, 2008 to the following:

FILED
JUL 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

08CV1313-L(NLS)

Joe R. Whatley, Jr.
Lili R. Sabo
Whatley Drake and Kallas LLC
1540 Broadway 37th Floor
New York, NY 10036
212-447-7070
Fax: 212-447-7077
Email: jwhatley@wdklaw.com
Email: lsabo@wdklaw.com

Counsel for plaintiffs Francis G. Sizemore; Rebecca G. Sizemore; Edward Marini; Kimberly Menichetti; Philip D. Menichetti; Sequesta L. Washington; C.D. California, 2:07-cv-06094

Christopher Kim
George T. Busu
Lim Ruger and Kim LLP
1055 West Seventh Street Suite 2800
Los Angeles, CA 90017
213-955-9500
Fax: 213-955-9511
Email: christopher.kim@lrklawyers.com
Email: george.busu@lrklawyers.com

Counsel for plaintiffs Symone Leyvas; John Leyvas; June Harding Brown; C.D. California, 8:08-cv-787

Edmund G. Brown Jr.
Attorney General of the State of California

Albert Norman Shelden
Senior Assistant Attorney General

Ronald Reiter
Supervising Deputy Attorney General

Kathrin Sears
Robyn Smith

Benjamin G. Diehl
Linda Hoos
Deputy Attorneys General

300 S. Spring Street, Suite 1702
Los Angeles, California 90013
213-897-5548
Fax: 213-897-4951

Counsel for plaintiffs the People of the State of California; C.D. California, 08-cv-04861

Joseph J. Rego
4019 Park Boulevard
San Diego, California 92103
619-293-0310
Fax: 619-293-0940
Email: jjrego2@msn.com

Counsel for plaintiff Roy V. Hursh; S.D. California, 3:08-cv-01313

Lisa Madigan
Attorney General of Illinois

Deborah Hagan
Chief, Consumer Protection Division

James D. Kole
Chief, Consumer Fraud Bureau

Thomas James
Susan N. Ellis
Veronica L. Spicer
Shantanu Singh
Jennifer Franklin
Michelle Garcia
Cecilia Abundis
Assistant Attorneys General

100 W. Randolph St., 12th Floor
Chicago, Illinois 60601
312-814-3000

Counsel for plaintiffs the People of the State of Illinois; N.D. Illinois, 08-cv-4210

Thomas M. Hefferon
Goodwin Procter LLP
901 New York Avenue NW
Washington, DC 20001
202-346-4000
Email: thefferon@goodwinprocter.com

Counsel for all defendants; C.D. California, 2:07-cv-06094; S.D. California, 3:08-cv-01313

Brooks R. Brown
Goodwin Procter LLP
10250 Constellation Boulevard
21st Floor
Los Angeles, CA 90067
310-788-5100
Fax: 310-286-0992
Email: bbrown@goodwinprocter.com

Counsel for all defendants; C.D. California, 2:07-cv-06094; S.D. California, 3:08-cv-01313

Brian D. Boyle