FILED

JUL 3 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

08CV1313-L(NLS)

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE COUNTRYWIDE MORTGAGE LITIGATION

MDL- ______

REVISED CERTIFICATE OF SERVICE

I hereby certify that a paper and electronic copy of the foregoing Motion, Brief, Schedule of Actions and this Certificate was served by First Class Mail on July 24, 2008, to the following:

Clerk, Central District of California
Western Division
312 N. Spring Street
Los Angeles, California 90012

Clerk, Central District of California
Western Division
411 West Fourth Street, Room 1053
Santa Ana, California 92701-4516

Clerk, Southern District of California
880 Front Street, Suite 4290
San Diego, California 92101-8900

Clerk, Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Joe R. Whatley, Jr.
Lili R. Sabo
Whatley Drake and Kallas LLC
1540 Broadway 37th Floor
New York, NY 10036
212-447-7070
Fax: 212-447-7077
Email: jwhatley@wdklaw.com
Email: lsabo@wdklaw.com

Counsel for plaintiffs Francis G. Sizemore; Rebecca G. Sizemore; Edward Marini; Kimberly Menichetti; Philip D. Menichetti; Sequesta L. Washington; C.D. California, 2:07-cv-06094

Christopher Kim
George T. Busu
Lim Ruger and Kim LLP
1055 West Seventh Street Suite 2800
Los Angeles, CA 90017
213-955-9500
Fax: 213-955-9511
Email: christopher.kim@lrklawyers.com
Email: george.busu@lrklawyers.com

Counsel for plaintiffs Symone Leyvas; John Leyvas; June Harding Brown; C.D. California, 8:08-cv-787

Edmund G. Brown Jr.
Attorney General of the State of California

Albert Norman Shelden
Senior Assistant Attorney General

Ronald Reiter
Supervising Deputy Attorney General

Kathrin Sears
Robyn Smith
Benjamin G. Diehl
Linda Hoos
Deputy Attorneys General

300 S. Spring Street, Suite 1702
Los Angeles, California 90013
213-897-5548
Fax: 213-897-4951

Counsel for plaintiffs the People of the State of California; C.D. California, 08-04861

Joseph J. Rego
4019 Park Boulevard
San Diego, California 92103
619-293-0310
Fax: 619-293-0940
Email: jjrego2@msn.com

Counsel for plaintiff Roy V. Hursh; S.D. California, 3:08-cv-01313

Lisa Madigan
Attorney General of Illinois

Deborah Hagan
Chief, Consumer Protection Division

James D. Kole
Chief, Consumer Fraud Bureau

Thomas James
Susan N. Ellis
Veronica L. Spicer
Shantanu Singh
Jennifer Franklin
Michelle Garcia
Cecilia Abundis
Assistant Attorneys General

100 W. Randolph St., 12th Floor
Chicago, Illinois 60601
312-814-3000

Counsel for plaintiffs the People of the State of Illinois; N.D. Illinois, 08-cv-4210

Thomas M Hefferon
Goodwin Procter LLP

901 New York Avenue NW
Washington, DC 20001
202-346-4000
Email: thefferon@goodwinprocter.com

Counsel for all defendants; C.D. California, 2:07-cv-06094; S.D. California, 3:08-cv-01313

Brooks R. Brown
Goodwin Procter LLP
10250 Constellation Boulevard
21st Floor
Los Angeles, CA 90067
310-788-5100
Fax: 310-286-0992
Email: bbrown@goodwinprocter.com

Counsel for all defendants; C.D. California, 2:07-cv-06094; S.D. California, 3:08-cv-01313

John Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
202-383-5300
Fax: 202-383-5414
jbeisner@omm.com
bboyle@omm.com

Counsel for defendant Full Spectrum Lending, Inc.; C.D. California, 08-04861, C.D. California, 8:08-cv-787, N.D. Illinois, 08-cv-4210

Counsel for defendant Angelo Mozilo; C.D. California, 08-04861, N.D. Illinois, 08-cv-4210

Counsel for defendant David Sambol; C.D. California, 08-04861

Counsel for defendant Countrywide Home Loans Servicing LP; N.D. Illinois, 08-cv-4210

I also hereby certify that a copy of this Revised Certificate of Service was served by First Class Mail on July 28, 2008 on the above-referenced Clerks and counsel, except for O'Melveny & Myers LLP.

Brian D. Boyle

O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

1625 Eye Street, NW
Washington, D.C. 20006-4001

TELEPHONE (202) 383-5300
FACSIMILE (202) 383-5414
www.omm.com

NEWPORT BEACH
NEW YORK
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO

FILED
JUL 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

OUR FILE NUMBER
019368-0110

WRITER'S DIRECT DIAL
(202) 383-5153

WRITER'S E-MAIL ADDRESS
ccatalano@omm.com

08CV1313-L(NLS)

July 28, 2008

**VIA HAND DELIVERY**

Ms. Teresa Bishop
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

**Re:** ***In re Countrywide Mortgage Litigation***

Dear Ms. Bishop:

This responds to your facsimile of this morning to Brian Boyle and follows up on our telephone conversations of this morning relating to Countrywide Financial Corp., Countrywide Bank, FSB, Countrywide Home Loans, Inc., and Bank of America Corporation's motion under 28 U.S.C. § 1407 for transfer and pretrial coordination or consolidation filed on July 24, 2008 ("Motion").

As you requested, enclosed please find an additional four (4) copies of the complaints in each of the five (5) actions subject to the Motion.

As we also discussed, O'Melveny & Myers LLP represents Messrs. Mozilo and Sambol as well as Countrywide Home Loans Servicing LP and "Full Spectrum Lending, Inc." in the subject actions. Enclosed please find a Revised Certificate of Service reflecting this. The Revised Certificate of Service also is being served on counsel (except for O'Melveny & Myers LLP) for all parties to the subject actions.

Please do not hesitate to call me at (202) 383-5153 if you have any questions or concerns. Thank you.

Respectfully submitted,

Christopher D. Catalano*
for O'MELVENY & MYERS LLP

*Admitted in California; supervised by principals of the firm.

CDC

Enclosures

cc: Clerk, Central District of California (via First Class Mail) (encl. revised cert. serv.)
Clerk, Southern District of California (via First Class Mail) (encl. revised cert. serv.)
Clerk, Northern District of Illinois (via First Class Mail) (encl. revised cert. serv.)
Edmund G. Brown Jr. (via First Class Mail) (encl. revised cert. serv.)
Lisa Madigan (via First Class Mail) (encl. revised cert. serv.)
Joe R. Whatley, Jr. (via First Class Mail) (encl. revised cert. serv.)
Christopher Kim (via First Class Mail) (encl. revised cert. serv.)
George T. Busu (via First Class Mail) (encl. revised cert. serv.)
Joseph J. Rego (via First Class Mail) (encl. revised cert. serv.)
Thomas M. Hefferon (via First Class Mail) (encl. revised cert. serv.)
Brooks R. Brown (via First Class Mail) (encl. revised cert. serv.)

DC1:752409.1