FILED

08 AUG 18 AM 10: 05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

ROY V. HURSH, an individual

Plaintiff,

v.

COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; FULL SPECTRUM LENDING, INC.; ANGELO MOZILO; DAVID SAMBOL; and DOES 1-100, inclusive,

Defendants.

Case No. 08 CV 1313-L-NLS

**ORDER GRANTING JOINT MOTION TO SET DEADLINE FOR CERTAIN DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Date:
Time:
Courtroom: 14
Judge: Honorable M. James Lorenz.

Upon consideration of the Joint Motion of Plaintiff Roy V. Hursh ("Plaintiff") and Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc. and Full Spectrum Lending, a Division of Countrywide Home Loans, Inc., erroneously named as Full Spectrum Lending, Inc. (collectively, "Countrywide") to Set Deadline for Certain Defendants to Answer or Otherwise Respond to Complaint and for good cause shown, IT IS HEREBY ORDERED THAT Countrywide shall have up to and including September 29, 2008, to answer or otherwise plead in response to the Complaint in this action.

IT IS SO ORDERED.

Dated: August 15, 2008 By: [signature]

HONORABLE M. JAMES LORENZ.
UNITED STATES DISTRICT JUDGE