BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
10250 Constellation Blvd.
Los Angeles, California 90067
Tel.: 310.788.5100
Fax: 310.286.0992

[Additional Counsel Listed on Signature Block]

*Attorneys for Defendants: COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; AND FULL SPECTRUM LENDING, a Division of Countrywide Home Loans, Inc. erroneously named as Full Spectrum Lending, Inc.*

JOSEPH J. REGO, ESQ. (SBN 163183)
*jjrego2@msn.com*
**LAW OFFICES OF JOSEPH J. REGO**
4019 Park Blvd.
San Diego, CA 92103
Telephone: 619.293.0310
Facsimile: 619.293.0940

*Attorneys for Plaintiff: ROY V. HURSH*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

ROY V. HURSH,

Plaintiff,

v.

COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; FULL SPECTRUM LENDING, INC.; ANGELO MOZILO; DAVID SAMBOL; and DOES 1-100, inclusive,

Defendants.

Case No. 08 CV 01313-L-NLS

**JOINT MOTION TO STAY PENDING RESOLUTION OF CONSOLIDATION MOTION BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Date:
Time:
Courtroom: 12
Judge: Honorable M. James Lorenz

## INTRODUCTION

Plaintiff Roy V. Hursh ("Plaintiff") and Defendants Countrywide Financial Corporation ("CFC"), Countrywide Home Loans, Inc. ("CHL"), Full Spectrum Lending (a division of CHL, erroneously named as Full Spectrum Lending, Inc.) (collectively, "Defendants")[1] hereby stipulate to, and jointly move this Court for an order, staying all proceedings in this case until the Judicial Panel on Multidistrict Litigation ("MDL Panel") resolves a motion for transfer and consolidation or coordination pertaining to this case under 28 U.S.C. § 1407 ("MDL Motion").[2] (A form of Proposed Order has been submitted to this Court contemporaneously herewith.)

This case is one of at least six actions filed against one or more of the Defendants alleging that CFC and/or its affiliates (individually or collectively, "Countrywide") originated and/or serviced residential mortgage loans in an unlawful, unfair, or deceptive fashion. All six of the actions allege violations of unfair competition laws based on these common core allegations. In an effort to bring order to these parallel lawsuits, currently pending in three different federal courts (this Court, the Central District of California and the Northern District of Illinois), Countrywide and Bank of America Corporation ("MDL Movants") filed the MDL Motion with the MDL Panel seeking to transfer all of these cases to the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. That Motion is currently pending, with response briefs due on August 29, 2008 and a hearing set for September 25, 2008. *See* Notice of Hearing Session, at 11 (August 15, 2008) (relevant excerpts attached as Exhibit B).

As discussed more fully below, this Court has inherent power to stay the proceedings pending resolution of the MDL Motion. In fact, it is common practice to issue stay orders pending the MDL Panel's resolution of a motion to transfer and coordinate or consolidate cases. Moreover, a stay would conserve judicial resources, avoid prejudice to the parties, and prevent duplicative or inconsistent rulings pending the MDL Panel's resolution of the MDL Motion.

---

[1] The remaining defendants – Angelo Mozilo and David Sambol – are former officers of Defendants and have not yet been served in this action.

[2] A copy of the MDL Motion is attached as Exhibit A.

///

As additional grounds for this Joint Motion, Plaintiff and Defendants state as follows:

## FACTUAL BACKGROUND

1. There are five cases subject to the MDL Motion: this case, a case brought by the California Attorney General; a case brought by the Illinois Attorney General; and two other private putative class actions. In addition, on July 28, 2008, Countrywide also identified a recent case, captioned as *People of the State of California v. Countrywide Financial Corporation, et al.*, No. 08-cv-1348-JLS-BLM (S.D. Cal.) ("San Diego Action"), filed by the San Diego City Attorney after the MDL Movants filed the MDL Motion, as an additional action appropriate for including in any MDL proceeding.

2. Plaintiffs in all six cases allege that Countrywide's purported conduct resulted in financial harm to borrowers in the form of concealed or inadequately disclosed principal, fees, penalties, and expenses, as well as foreclosure, loss of their homes, and damage to their credit and financial position.

3. The claims for relief in the six cases are also similar. Five of the six complaints, including the complaint here, allege violations of California's Unfair Competition Law ("UCL") and False Advertising Law ("FAL"), and the remaining complaint alleges violations of the Illinois Consumer Fraud and Deceptive Business Practices Act.

4. This lawsuit and the two other private actions are putative class actions seeking certification of significantly overlapping nationwide classes. The state attorney general and city attorney actions assert claims for relief based on the same injuries allegedly sustained by many of the same borrowers otherwise covered by the putative class actions.

5. The following table identifies the names, number, court, presiding judge, and filing date of each action:

| **Case name** | **Case Number (Court) (Judge)** | **Filing date** |
|---|---|---|
| *Sizemore v. Countrywide Financial Corp. et al.* | Case No. CV07-006094 (C.D. Cal.) (Hon. Stephen V. Wilson) | Filed September 19, 2007. |

| **Case name** | **Case Number (Court) (Judge)** | **Filing date** |
|---|---|---|
| *People of the State of Illinois v. Countrywide Financial Corp. et al.* | Case No. 08CV4210 (N.D. Ill.) (Hon Elaine E. Bucklo) | Filed in state court June 25, 2008; removed July 24, 2008. |
| *People of the State of California v. Countrywide Financial Corp. et al.* | Case No. CV 08-04861 (C.D. Cal.) (Hon. Stephen V. Wilson) | Filed in state court June 25, 2008; removed July 24, 2008. |
| *Hursh v. Countrywide Financial Corp. et al.* | Case No. 3:08-cv-01313 (S.D. Cal.) (Hon. James Lorenz) | Filed in state court July 2, 2008; removed July 22, 2008. |
| *Leyvas v. Bank of America Corp. et al.* | Case No. CV08-787 (C.D. Cal.) (Hon. David O. Carter) | Filed July 17, 2008. |
| *People of the State of California v. Countrywide Financial Corp. et al.* | Case No. 08-CV-1348 (S.D. Cal.) (Hon. Janis L. Sammartino) | Filed in state court July 23, 2008; removed July 25, 2008. |

6. Two of these six actions (*Sizemore* and the California AG Action) are pending before the Hon. Stephen V. Wilson of the Central District of California. The MDL Motion thus requests the MDL Panel to transfer to the Central District this and the other actions not already pending there so that all five actions can be coordinated or consolidated for pretrial proceedings before Judge Wilson. *See* MDL Motion.

## ARGUMENT

7. Plaintiff and Defendants agree that this Court should stay all proceedings in this case while the MDL Panel is considering the MDL Motion, because a stay would help ensure consistent treatment of six similar pending lawsuits and conserve judicial and party resources. The requested stay would stay Defendants' obligation to respond to the Complaint, as well as discovery stay discovery and other proceedings.

8. This Court's "power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). A stay is particularly appropriate and routinely granted where, as here, a party has requested MDL transfer and coordination or consolidation. *See, e.g., Rivers v. Walt Disney Co.*, 980 F. Supp.

1358, 1362 (C.D. Cal. 1997) (staying action pending MDL Panel's decision regarding whether to create an MDL proceeding; "it appears that a majority of courts have concluded that it is often appropriate to stay preliminary pretrial proceedings while a motion to transfer and consolidate is pending with the MDL Panel because of the judicial resources that are conserved"); *Good v. Prudential Ins. Co. of Am.*, 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998); *Bernstine v. Merck & Co. Inc.*, No. Civ. S-07-0034, 2007 WL 1217589, *1 (E.D. Cal. Apr. 24, 2007) (citing *Conroy v. Fresh Del Monte Produce Inc.*, 325 F. Supp. 2d 1049, 1053 (N.D. Cal. 2004)).

9. Where a motion to transfer has been filed with the MDL Panel, district courts generally apply three factors to decide whether to stay proceedings pending the Panel's decision: "(1) potential prejudice to the non-moving party; (2) hardship and inequity to the moving party if the matter is not stayed; and (3) the judicial resources that would be saved by avoiding duplicative litigation if the cases are in fact consolidated." *Rivers*, 980 F. Supp. at 1360; *Brault v. Merck & Co.*, No. 06CV2039 IEGBLM, 2006 WL 3924223, *1 (S.D. Cal. Nov. 7, 2006). A stay is warranted here based on these factors.

10. ***First***, there is no potential prejudice to Plaintiff, because he agrees that a stay is appropriate pending resolution of the MDL Motion.

11. ***Second***, Defendants would suffer prejudice if a stay were not granted because they would be subject to potentially duplicative discovery, and motion and pleading practice before multiple courts. Absent a stay, it is likely that the plaintiffs in each case will seek to proceed independently, notwithstanding the resulting burden on Defendants; moreover, without a stay, there is likely to be an inefficient and duplicative use of judicial resources, as well as the risk of inconsistent outcomes. By contrast, coordinating the litigation would enable Defendants to address discovery and motions practice in a comprehensive fashion without having to duplicate efforts. *See, e.g.*, *Brault*, 2006 WL 3924223, *2 (staying action where defendant would "face the prospect of having to litigate the issue of subject matter jurisdiction before different courts and the possibility of inconsistent rulings.")

12. Indeed, this and the other cases subject to the MDL Motion, are based on the same core allegations, assert substantially overlapping putative classes or other groups of borrowers on

whose behalf relief is sought, and advance very similar claims for relief. These are exactly the kinds of cases for which MDL proceedings are meant. Permitting this action to proceed before the MDL Panel has had an opportunity to rule would undercut the coordination and efficiencies for which MDL proceedings are designed. *Tench v. Jackson Nat'l Life Ins. Co.*, No. 99-C-5182, 1999 WL 1044923, at *1 (N.D. Ill. Nov. 12, 1999) ("The MDL Panel is likely to transfer the case at bar, since it involves a nearly identical set of facts and similar legal theories as the cases previously consolidated" before the MDL transferee judge); *Weinke v. Microsoft Corp.*, 84 F. Supp. 2d 989, 990 (E.D. Wis. 2000).

13. ***Third***, a stay is warranted to promote judicial economy. This Court should avoid "needlessly expend[ing] its energies familiarizing itself with the intricacies of a case that would be heard by another judge." *Rivers*, 980 F. Supp. at 1360. Yet that is exactly what would happen if this case were to proceed now, and the six actions later were transferred by the MDL Panel to the Central District of California, as the MDL Movants have requested. Indeed, if the cases at issue proceeded in transferor courts around the country pending the MDL Panel's transfer decision, those courts may duplicate each other's work and reach inconsistent rulings on overlapping motions. Thus, "it appears that a majority of courts have concluded that it is often appropriate to stay preliminary pretrial proceedings while a motion to transfer and consolidate is pending with the MDL Panel because of the judicial resources that are conserved." *Rivers*, 980 F. Supp. at 1362; *see also Lyman v. Asbestos Defendants*, No. C 07-4240 SBA, 2007 WL 2972926, at *3 (N.D. Cal. Oct. 10, 2007); *U.S. Bank, Nat'l Ass'n v. Royal Indem. Co.*, No. Civ. A 3:02-CV-0853-P, 2002 WL 31114069, at *2 (N.D. Tex. Sept. 23, 2002).

14. Furthermore, neither the fact that the MDL Motion encompasses actions by state Attorneys General and City Attorneys nor this action's removal to federal court weighs against a stay. The MDL Panel has included Attorney General and City Attorney actions, along with other civil actions, in MDL proceedings where the grounds for transfer were otherwise evident (*see, e.g., In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, No. M 02-1486 PJH, 2008 WL 1766763, at *1 (N.D. Cal. April 15, 2008); *In re Mid-Atlantic Toyota Antitrust Litig.*, 605 F. Supp. 440 (D. Md. 1984); *City of Philadelphia v. Chas. Pfizer & Co., Inc.*, 345 F. Supp. 454

(S.D.N.Y. 1972)) and district courts presiding over removed actions proposed for MDL consolidation have stayed proceedings notwithstanding the possibility of remand motions or pendency of such motions. *See, e.g.*, *Board of Tr. of Teachers' Ret. Sys. of Ill. v. WorldCom, Inc.*, 244 F. Supp. 2d 900, 905 (N.D. Ill. 2002) (granting stay pending transfer to a MDL court and remand motion pending). In fact, "[t]he general rule is for federal courts to defer ruling on pending motions to remand in MDL litigation until after the JPMDL has transferred the case" to allow coordinated consideration of any jurisdictional issues presented. *Jackson ex. rel. Jackson v. Johnson & Johnson, Inc.*, No. 01-2113 DA, 2001 WL 34048067, at *6 (W.D. Tenn. Apr. 2, 2001).

///

///

///

///

## CONCLUSION

For the foregoing reasons, Plaintiff and Defendants respectfully request that this Court stay all further proceedings in this action until ten (10) days after the MDL Panel's ruling on the MDL Motion or, in the event the MDL Motion is granted, until further order of the transferee court.

Respectfully submitted,

Dated: August 22, 2008 By: s/ Brooks R. Brown

Brooks R. Brown
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
10250 Constellation Blvd.
Los Angeles, California 90067
Tel.: 310.788.5100

Thomas M. Hefferon (*pro hac vice*)
*thefferon@goodwinprocter.com*
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000

Paul G. McNamara
*pmcnamara@omm.com*
**O'MELVENY & MYERS LLP**
400 S. Hope Street, 18th Floor
Los Angeles, California 90071
Tel.: 213.430.6000

*Attorneys for Defendants: COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; AND FULL SPECTRUM LENDING, a Division of Countrywide Home Loans, Inc. erroneously named as Full Spectrum Lending, Inc.*

Dated: August 22, 2008 By: s/ Joseph J. Rego

JOSEPH J. REGO, ESQ.
*jjrego2@msn.com*
**LAW OFFICES OF JOSEPH J. REGO**
4019 Park Blvd.
San Diego, CA 92103

*Attorneys for Plaintiff: ROY V. HURSH*

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10250 Constellation Blvd., Los Angeles, CA 90067.

On **August 22, 2008**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**JOINT MOTION TO STAY PENDING RESOLUTION OF CONSOLIDATION MOTION BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Joseph J. Rego, Esq.
LAW OFFICES OF JOSEPH J. REGO
4010 Park Blvd.
San Diego, CA 92103

*Counsel for Plaintiff Roy V. Hursh*
Telephone: (619) 293-0310
Facsimile: (619) 293-0940
jjrego2@msn.com

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☑ (CM/ECF ELECTRONIC FILING) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **August 22, 2008**, at Los Angeles, California.

| | |
|---|---|
| Brooks R. Brown | s/Brooks R. Brown |
| (Type or print name) | (Signature) |

# *EXHIBIT A*

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE COUNTRYWIDE MORTGAGE LITIGATION | ) | MDL Docket No. ______ |

**MOTION OF DEFENDANTS COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., AND BANK OF AMERICA CORPORATION FOR TRANSFER AND COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

Countrywide Financial Corporation, Countrywide Bank, FSB, Countrywide Home Loans, Inc., and Bank of America Corporation (individually or collectively, "Movants") hereby respectfully move the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 for an order of transfer and pretrial coordination or consolidation of five civil actions pending in more than one district that share common questions of fact. Movants hereby request that the Panel issue an order (a) transferring to the United States District Court for the Central District of California the two actions subject to this motion that are not already pending in that Court, and,

with the consent of that Court, assigning to the Hon. Stephen V. Wilson of that Court the four actions subject to this motion not already assigned to him; and (b) coordinating or consolidating pretrial proceedings in the five actions pursuant to 28 U.S.C. § 1407. A schedule identifying the five actions is attached hereto as Schedule A.

In support of the transfer of these actions, Movants aver the following, as more fully set forth in the accompanying supporting memorandum:

1. As required by 28 U.S.C. § 1407(a), the cases proposed for transfer are pending in different districts and "involv[e] one or more common questions of fact." The cases are all premised on allegations that Countrywide Financial Corporation, Countrywide Bank, FSB, and/or Countrywide Home Loans, Inc. (individually or collectively, "Countrywide") originated or serviced certain residential mortgage loans in an unlawful, unfair, or deceptive fashion.

2. The five actions allege many of the same claims for relief. Four out of the five complaints allege violations of the California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.* and False Advertising Law, Cal. Bus. & Prof. Code §§ 17500 *et seq.* The fifth complaint (the Illinois attorney general action) alleges violations of the Illinois analogue to California's Unfair Competition Law.

3. The proposed class definitions of the private actions overlap substantially. These actions seek certification of nationwide classes of borrowers of mortgage loans originated or serviced by Countrywide. In addition, the attorney general actions are brought to seek redress for alleged injuries to many of the same borrowers encompassed by the putative classes in the private actions.

4. Given this significant overlap among the cases as to factual questions, claims for relief, and putative classes or otherwise covered borrowers, transfer and coordination or

consolidation will promote the "just and efficient conduct of [the] actions." 28 U.S.C. § 1407. Absent centralization, multiple judges would be required to decide the same issues with respect to the same plaintiffs and the same defendants, and the parties would risk obtaining inconsistent rulings from multiple courts.

5. Transfer and coordination or consolidation also will "be for the convenience of parties and witnesses" so that common pretrial matters such as depositions and document discovery can occur in an orderly, non-duplicative fashion based on coordinated proceedings in a single forum. 28 U.S.C. § 1407.

6. Movants respectfully suggest that the two actions not already pending before the Central District of California are appropriate for transfer to that Court. Three of the five constituent actions are pending in the Central District of California. That district also includes Countrywide's principal place of business. An overwhelming number of the witnesses and documents with discoverable information will be located in or near the Central District of California because Countrywide Financial Corp.'s principal place of business is in that district.

7. Transfer to the Hon. Stephen V. Wilson is appropriate because the earliest-filed action of the five actions is assigned to him.

This motion is based on the Memorandum filed by Movants this day, the pleadings and papers on file herein, and such other matters as may be presented to the Panel at the time of hearing.

Dated: July 24, 2008

Respectfully submitted,

John H. Beisner
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (phone)
(202) 383-5414 (fax)

*Attorneys for Countrywide Financial Corp., Countrywide Bank, FSB, Countrywide Home Loans, Inc., and Bank of America Corporation*

# *EXHIBIT B*

# UNITED STATES JUDICIAL PANEL
# on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
**Judge John G. Heyburn II**
**United States District Court**
**Western District of Kentucky**

**MEMBERS:**
**Judge J. Frederick Motz**
**United States District Court**
**District of Maryland**

**Judge Robert L. Miller, Jr.**
**United States District Court**
**Northern District of Indiana**

**Judge Kathryn H. Vratil**
**United States District Court**
**District of Kansas**

**Judge David R. Hansen**
**United States Court of Appeals**
**Eighth Circuit**

**DIRECT REPLY TO:**

**Jeffery N. Lüthi**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal**
**Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C. 20002**

**Telephone: [202] 502-2800**
**Fax: [202] 502-2888**
**http://www.jpml.uscourts.gov**

August 15, 2008

NOTICE OF HEARING SESSION

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION: September 25, 2008

LOCATION OF HEARING SESSION: Harvard Law School
Ames Courtroom, Austin Hall
1515 Massachusetts Avenue
Cambridge, Massachusetts 02138

TIME OF HEARING SESSION: In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **10:00 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

- Section A of this Schedule lists the matters designated for oral argument.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

For those matters listed on Section A of the Schedule, the enclosed blue "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **September 8, 2008.** Note the procedures governing Panel oral argument which are outlined on the enclosed "Procedures for Oral Argument before the Judicial Panel on Multidistrict Litigation." These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**HEARING SESSION ORDER**

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on September 25, 2008, the Panel will convene a hearing session in Cambridge, Massachusetts, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c). *Id.* The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument. *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

| | |
|---|---|
| J. Frederick Motz | Robert L. Miller, Jr. |
| Kathryn H. Vratil | David R. Hansen |

SCHEDULE OF MATTERS FOR HEARING SESSION
September 25, 2008 -- Cambridge, Massachusetts

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

MDL No. 1976 -- **IN RE: LENDING TREE, LLC, CUSTOMER DATA SECURITY BREACH LITIGATION**

Motion of plaintiffs Constance Spinozzi and Sylvia Carson for centralization of the following actions in the United States District Court for the Western District of North Carolina:

Central District of California

Marvin Garcia v. Lending Tree, LLC, C.A. No. 8:08-841

Northern District of Illinois

Eugene Miller, Jr. v. Lending Tree, LLC, C.A. No. 1:08-2300

Western District of North Carolina

Constance Spinozzi v. Lending Tree, LLC, C.A. No. 3:08-229
Sylvia Carson v. Lending Tree, LLC, C.A. No. 3:08-247
Angela Mitchell v. Home Loan Center, Inc., et al., C.A. No. 3:08-303

MDL No. 1977 -- **IN RE: LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION**

Motion, as amended, of defendants LifeLock, Inc., and Richard Todd Davis for centralization of the following actions in the United States District Court for the District of Arizona:

District of Arizona

Byrl Lane v. LifeLock, Inc., C.A. No. 2:08-594

MDL No. 1987 (Continued)

District of Massachusetts

Cortes Country Stores, Inc., etc. v. Ganz, Inc., et al., C.A. No. 1:08-11184

MDL No. 1988 -- **IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendants Countrywide Financial Corp.; Countrywide Bank, FSB; Countrywide Home Loans, Inc.; and Bank of America Corp. for centralization of the following actions in the United States District Court for the Central District of California:

Central District of California

Heath O. White, et al. v. Countrywide Financial Corp., et al., C.A. No. 2:07-6094
The People of the State of California v. Countrywide Financial Corp., et al., C.A. No. 2:08-4861
Symone Leyvas, et al. v. Bank of America Corp., et al., C.A. No. 8:08-787

Southern District of California

Roy V. Hursh v. Countrywide Financial Corp., et al., C.A. No. 3:08-1313
The People of the State of California v. Countrywide Financial Corp., et al., C.A. No. 3:08-1348

Northern District of Illinois

The People of the State of Illinois v. Countrywide Financial Corp., et al., C.A. No. 1:08-4210

MDL No. 1977 (Continued)

Central District of California

Robert Dillon v. LifeLock, Inc., et al., C.A. No. 2:08-4515

Southern District of Florida

Vilma Martinez-Azoy v. LifeLock, Inc., et al., C.A. No. 1:08-21989

Northern District of Illinois

James Kondrat, et al. v. LifeLock, Inc., C.A. No. 1:08-3244

District of Maryland

Gerald Falke, et al. v. LifeLock, Inc., et al., C.A. No. 1:08-1351

District of New Jersey

Jason Sbalcio v. LifeLock, Inc., C.A. No. 1:08-2799
Warren Pasternack, et al. v. LifeLock, Inc., et al., C.A. No. 3:08-2098

Eastern District of Texas

Tommy Ly v. LifeLock, Inc., et al., C.A. No. 2:08-242

Southern District of West Virginia

Kevin Gerhold v. LifeLock, Inc., et al., C.A. No. 2:08-857

MDL No. 1978 -- **IN RE: VELOCITY EXPRESS, INC., WAGE & HOUR EMPLOYMENT PRACTICES LITIGATION**

Motion of defendants Velocity Express Leasing, Inc.; Velocity Express, Inc.; and Velocity Express Corp. for centralization of the following actions in the United States District Court for the Northern District of California:

Central District of California

Dwight Moses v. Velocity Express, Inc., et al., C.A. No. 2:08-3078
Heath Jobe v. Velocity Express, Inc., C.A. No. 5:07-1693

Northern District of California

Philip Jones, et al. v. Velocity Express Leasing, Inc., et al., C.A. No. 3:08-773

District of Connecticut

Aaron W. Grider, et al. v. Velocity Express Leasing, Inc., C.A. No. 3:08-82

Southern District of Florida

Guillermo Santacruz, et al. v. Velocity Express Corp., et al., C.A. No. 1:08-21591

Western District of New York

James Charles, et al. v. Velocity Express Corp., et al., C.A. No. 6:07-6610

Western District of North Carolina

Michael L. Carver, et al. v. Velocity Express Corp., et al., C.A. No. 1:07-407

Eastern District of Wisconsin

Gary L. Parizek v. Velocity Express, Inc., C.A. No. 1:08-478

MDL No. 1979 -- **IN RE: AUCTION RATE SECURITIES (ARS) MARKETING LITIGATION**

Motion of plaintiffs Lindell Van Dyke, etc.; Richard S. Bondar, etc.; Richard Kraemer; George Humphrys; David Chandler; Shelly Chandler; Judy Waldman, etc.; Frederick Burton; Lisa Swanson; Sharon Shawn Jamail; John W. Oughtred; Defer LP; Eugene F. Brigham, etc.; and David T. Vining for centralization of the following actions in the United States District Court for the Southern District of New York or, in the alternative, the United States District Court for the Northern District of California:

Northern District of California

Lindell Van Dyke, etc. v. Wells Fargo & Co., et al., C.A. No. 3:08-1962
Richard S. Bondar, etc. v. Bank of America Corp., et al., C.A. No. 3:08-2599
Nathalie Al-Thani v. Wells Fargo & Co., et al., C.A. No. 4:08-1745

Northern District of Georgia

Martin Zisholtz v. SunTrust Banks, Inc., et al., C.A. No. 1:08-1287

Southern District of New York

Ronald D. Kassover v. UBS AG, et al., C.A. No. 1:08-2753
Richard Kraemer v. Deutsche Bank AG, et al., C.A. No. 1:08-2788
George Humphrys v. TD Ameritrade Holding Corp., et al., C.A. No. 1:08-2912
Judy Waldman, etc. v. Wachovia Corp., et al., C.A. No. 1:08-2913
In re UBS Auction Rate Securities Litigation, C.A. No. 1:08-2967
John Finn v. Citi Smith Barney, et al., C.A. No. 1:08-2975
Gary Miller v. Morgan Stanley & Co., Inc., C.A. No. 1:08-3012
Frederick Burton v. Merrill Lynch & Co., Inc., et al., C.A. No. 1:08-3037
Richard Stanton, etc. v. Merrill Lynch & Co., Inc., et al., C.A. No. 1:08-3054
Ricardo L. Sanchez v. UBS AG, et al., C.A. No. 1:08-3082
LHB Insurance Brokerage, Inc. v. Citigroup, Inc., et al., C.A. No. 1:08-3095
Lisa Swanson v. Citigroup, Inc., et al., C.A. No. 1:08-3139
Sharon Shawn Jamail v. Morgan Stanley, et al., C.A. No. 1:08-3178
John W. Oughtred v. E*Trade Financial Corp., et al., C.A. No. 1:08-3295
Defer LP v. Raymond James Financial, Inc., et al., C.A. No. 1:08-3449
Bette M. Grossman v. Oppenheimer & Co., Inc., et al., C.A. No. 1:08-3528
David M. Milch, etc. v. The Goldman Sachs Group, Inc., et al., C.A. No. 1:08-3659

MDL No. 1979 (Continued)

Southern District of New York (Continued)

Samuel A. Stockhamer, et al. v. Citigroup, Inc., C.A. No. 1:08-3904
Randolph Bonnist v. UBS AG, et al., C.A. No. 1:08-4352
Wedgewood Tacoma LLC v. Citigroup, Inc., et al., C.A. No. 1:08-4360
Eugene F. Brigham, etc. v. Royal Bank of Canada, et al., C.A. No. 1:08-4431
David T. Vining v. Oppenheimer Holdings, Inc., et al., C.A. No. 1:08-4435
Milton Ciplet v. JP Morgan Chase & Co., et al., C.A. No. 1:08-4580
Saed Ghalayini v. Citigroup, Inc., et al., C.A. No. 1:08-5016
Sheldon Silverstein v. TD Ameritrade Holding Corp., et al., C.A. No. 1:08-5467

MDL No. 1980 -- **IN RE: TOYS "R" US - DELAWARE, INC., FAIR AND ACCURATE CREDIT TRANSACTIONS ACT (FACTA) LITIGATION**

Motion of defendant Toys “R” Us-Delaware, Inc., for centralization of the following actions in the United States District Court for the Central District of California:

Central District of California

Nicola Edwards, et al. v. Toys "R" Us-Delaware, Inc., C.A. No. 2:06-8163

Northern District of Illinois

Gregory J. Ellis v. Toys "R" Us-Delaware, Inc., C.A. No. 1:08-2945

MDL No. 1981 -- **IN RE: AON CORP. WAGE & HOUR EMPLOYMENT PRACTICES LITIGATION**

Motion of defendants Aon Risk Services of Maryland, Inc.; Aon Corp.; and Aon Risk Services Northeast, Inc., for centralization of the following actions in the United States District Court for the Northern District of Illinois:

Northern District of Illinois

Angela J. Piersanti v. AON Risk Services of Maryland, Inc., C.A. No. 1:08-1952

Southern District of New York

Denise Mariette Miller v. AON Corp., et al., C.A. No. 1:08-4510

MDL No. 1982 -- **IN RE: TYSON FOODS CHICKEN RAISED WITHOUT ANTIBIOTICS CONSUMER LITIGATION**

Motion of plaintiffs Norman Cutsail, et al., for centralization of certain of the following actions in the United States District Court for the District of Maryland and motion of plaintiffs Mariko Cohen, et al., for centralization of the following actions in the United States District Court for the Eastern District of Arkansas:

Eastern District of Arkansas

Mariko Cohen, et al. v. Tyson Foods, Inc., C.A. No. 4:08-366
Mary F. Wilson v. Tyson Foods, Inc., C.A. No. 4:08-557
John K. Zukowsky, et al. v. Tyson Foods, Inc., C.A. No. 4:08-584

Western District of Arkansas

Rosalyn Mize, et al. v. Tyson Foods, Inc., C.A. No. 4:08-4051

Northern District of California

Eileen Epstein v. Tyson Foods, Inc., C.A. No. 3:08-2800

MDL No. 1982 (Continued)

District of Maryland

Marcia Kranish, et al. v. Tyson Foods, Inc., C.A. No. 1:08-1619
Norman Cutsail, et al. v. Tyson Foods, Inc., C.A. No. 1:08-1643

District of New Jersey

Diane Wright v. Tyson Foods, Inc., C.A. No. 1:08-3022

Western District of Washington

Denise Court v. Tyson Foods, Inc., C.A. No. 3:08-5392

MDL No. 1983 -- **IN RE: INDIANAPOLIS LIFE INSURANCE COMPANY I.R.S. § 412(I) PLANS LIFE INSURANCE MARKETING LITIGATION**

Motion of defendant Indianapolis Life Insurance Company for centralization of the following actions in the United States District Court for the Northern District of Texas:

District of Arizona

Dave Hildebrandt, et al. v. Indianapolis Life Insurance Co., et al., C.A. No. 2:08-825

Southern District of Indiana

John B. Phillips, et al. v. Indianapolis Life Insurance Co., et al., C.A. No. 1:06-1544

Northern District of Mississippi

Syed Rafique, et al. v. Indianapolis Life Insurance Co., et al., C.A. No. 4:07-11

Northern District of Texas

Stephen Berry, et al. v. Indianapolis Life Insurance Co., et al., C.A. No. 3:08-248

MDL No. 1984 -- **IN RE: DIRECTECH SOUTHWEST, INC., FAIR LABOR STANDARDS ACT (FLSA) LITIGATION**

Motion of defendant DirecTech Southwest, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:

Eastern District of Louisiana

Renee Melson, et al. v. DirecTech Southwest, Inc., C.A. No. 2:07-1087

Western District of Tennessee

Patrick Townsend, et al. v. DirecTech Southwest, Inc., et al., C.A. No. 2:08-2335

Eastern District of Texas

Robert Simmons, et al. v. DirecTech Southwest, Inc., C.A. No. 1:08-306

MDL No. 1985 -- **IN RE: TOTAL BODY FORMULA PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs John W. Wilkerson; Bryan Hicks; David L. Dickens; Virginia R. Dickens; Edward Patalas; B. Chase Hicks; Jennifer Wood; Hazel White; and James L. Kassner, Jr., for centralization of the following actions in the United States District Court for the Northern District of Alabama:

Northern District of Alabama

Cindi B. Howard, et al. v. Total Body Essential Nutrition, Inc., et al., C.A. No. 1:08-1012
John W. Wilkerson v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-626
Bryan Hicks v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-627
David L. Dickens v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-712
Virginia R. Dickens v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-713
Edward Patalas v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-758
B. Chase Hicks, etc. v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-759
Jennifer Wood v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-827
Hazel White v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-828

MDL No. 1985 (Continued)

Northern District of Alabama (Continued)

Flora Doss v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-949
Marcella Sparks v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-1010
James L. Kassner, Jr. v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-1094

Middle District of Florida

Frank Eriquez v. Total Body Essential Nutrition, Inc., C.A. No. 6:08-1000
Judy Golembeski v. Total Body Essential Nutrition, Inc., et al., C.A. No. 6:08-1159

Northern District of Florida

Stockton Hess, et al. v. Wright Pharma, Inc., et al., C.A. No. 5:08-200

MDL No. 1986 -- **IN RE: TYSON MEAT PROCESSING FACILITIES FAIR LABOR STANDARDS ACT (FLSA) LITIGATION**

Motion of defendant Tyson Foods, Inc., for centralization of the following actions in the United States District Court for the District of Kansas:

Northern District of Iowa

Dale T. Sharp, et al. v. Tyson Foods, Inc., C.A. No. 5:07-4009

Southern District of Iowa

Guadalupe Briseno Salazar, et al. v. Tyson Foods, Inc., C.A. No. 1:08-17
Gary Ray Robinson, et al. v. Tyson Foods, Inc., C.A. No. 3:07-88
Thongliane Edwards, et al. v. Tyson Foods, Inc., C.A. No. 4:08-113

MDL No. 1986 (Continued)

Central District of Illinois

John Murray, et al. v. Tyson Foods, Inc., C.A. No. 4:08-4001

Northern District of Indiana

David R. Carter, et al. v. Tyson Foods, Inc., et al., C.A. No. 3:08-209

District of Kansas

Adelina Garcia, et al. v. Tyson Foods, Inc., et al., C.A. No. 2:06-2198

District of Nebraska

Dimas Lopez, et al. v. Tyson Foods, Inc., C.A. No. 8:06-459
Jose A. Gomez, et al. v. Tyson Foods, Inc., C.A. No. 8:08-21
Manuel Acosta, et al. v. Tyson Foods, Inc., C.A. No. 8:08-86

Middle District of Tennessee

Lewis Cunningham v. Tyson Fresh Meats, Inc., C.A. No. 3:08-523

MDL No. 1987 -- **IN RE: WEBKINZ ANTITRUST LITIGATION**

Motion of plaintiff Nuts for Candy for centralization of the following actions in the United States District Court for the Northern District of California:

Northern District of California

Nuts for Candy v. Ganz, Inc., et al., C.A. No. 3:08-2873

Northern District of Illinois

Scott Comstock, et al. v. Ganz, Inc., et al., C.A. No. 1:08-4167

MDL No. 1989 -- **IN RE: SEMGROUP ENERGY PARTNERS, L.P., SECURITIES LITIGATION**

Motion of plaintiff Craig Carson for centralization of the following actions in the United States District Court for the Northern District of Oklahoma or, in the alternative, the United States District Court for the Western District of Oklahoma:

Southern District of New York

Erik M. Poelman v. SemGroup Energy Partners, L.P., et al., C.A. No. 1:08-6477
Charles D. Maurer Simp Profit Sharing Plan, etc. v. SemGroup Energy Partners, L.P., et al., C.A. No. 1:08-6598

Northern District of Oklahoma

Craig Carson v. SemGroup Energy Partners, L.P., et al., C.A. No. 4:08-425

**SECTION B**
**MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT**

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Allen Christiansen, et al.; Gail Garner, etc.; Lawrence David Weaver; and William W. Bussey to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

Allen Christiansen, et al. v. CBS Corp., et al., C.A. No. 2:08-3133

Western District of New York

Gail Garner, etc. v. DII Industries, LLC, et al., C.A. No. 6:08-6191

District of South Carolina

Lawrence David Weaver v. Owens-Illinois, Inc., et al., C.A. No. 6:08-2060

Eastern District of Virginia

William W. Bussey v. Buffalo Pumps, Inc., et al., C.A. No. 2:08-9367

MDL No. 1373 -- **IN RE: BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiff Jennie Mitchell, etc., and defendant Bernice Hill to transfer of the following action to the United States District Court for the Southern District of Indiana:

Southern District of Mississippi

Jennie Mitchell, etc. v. Bridgestone/Firestone, Inc., et al., C.A. No. 4:08-43

MDL No. 1431 -- **IN RE: BAYCOL PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs United States of America ex rel. Laurie Simpson, Commonwealth of Massachusetts, State of California, State of Texas, State of Hawaii, State of Illinois, State of Nevada, State of Tennessee, State of Louisiana, State of Delaware, State of Florida and District of Columbia to transfer of the following action to the United States District Court for the District of Minnesota:

District of New Jersey

United States of America ex rel. Laurie Simpson v. Bayer Healthcare, et al., C.A. No. 2:06-4796

MDL No. 1507 -- **IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**

Oppositions of certain plaintiffs and defendants Pharmacia Corp.; Pharmacia & Upjohn LLC; Pharmacia & Upjohn Company LLC; Greenstone Ltd.; Wyeth, Inc.; Wyeth Pharmaceuticals, Inc.; and Pfizer Inc. to transfer of their respective following actions listed on Attachment A to the United States District Court for the Eastern District of Arkansas.

MDL No. 1708 -- **IN RE: GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Patricia Ann Yates, etc., and Nancy Della-Porta, etc., and defendants Cardiology Associates of Mobile, Inc.; Stephanie D. Grosz, M.D.; Scott D. Kirby, M.D.; The Spectranetics Corp.; Claude LaFont; Harold G. Card, M.D.; F.A.C.C.; Saratoga Cardiology Associates; and Saratoga Hospital to transfer of their respective following actions to the United States District Court for the District of Minnesota:

Southern District of Alabama

Patricia Ann Yates, etc. v. Medtronic, Inc., et al., C.A. No. 1:08-337

Northern District of New York

Nancy Della-Porta, etc. v. Saratoga Hospital, et al., C.A. No. 1:08-539

MDL No. 1715 -- **IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Motion of defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company to transfer the following action to the United States District Court for the Northern District of Illinois:

District of Massachusetts

Richard Blume, et al. v. Ameriquest Mortgage Co., et al., C.A. No. 1:07-12149

MDL No. 1763 -- **IN RE: HUMAN TISSUE PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Martha Wilson, et al., to transfer of the following action to the United States District Court for the District of New Jersey:

Eastern District of Pennsylvania

Martha Wilson, et al. v. BioMedical Tissue Services, Ltd., et al., C.A. No. 2:08-2453

MDL No. 1785 -- **IN RE: BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Monica Sandoval to transfer of the following action to the United States District Court for the District of South Carolina:

Central District of California

Monica Sandoval v. Bausch & Lomb, Inc., et al., C.A. No. 2:08-2855

MDL No. 1836 -- **IN RE: MIRAPEX PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Robyn Wilhoit, et al., to transfer of the following action to the United States District Court for the District of Minnesota:

Western District of Oklahoma

Robyn Wilhoit, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., C.A. No. 5:08-488

MDL No. 1840 -- **IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION**

Opposition of defendant Domino Oil Company, Inc., to transfer of the following action to the United States District Court for the District of Kansas:

District of Virgin Islands

Marvin Bryan v. Esso Virgin Islands, Inc., et al., C.A. No. 3:08-72

MDL No. 1842 -- **IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Loy Noe, et al., to transfer of the following action to the United States District Court for the District of Rhode Island:

District of New Jersey

Loy Noe, et al. v. Davol, Inc., et al., C.A. No. 1:08-2198

MDL No. 1845 -- **IN RE: CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Deidra P. Proveaux, etc., to transfer of the following action to the United States District Court for the Northern District of Georgia:

Middle District of Florida

Deidra P. Proveaux, etc. v. ConAgra Foods, Inc., C.A. No. 3:08-623

MDL No. 1871 -- **IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Elva Ayala-Castro, et al.; Renee Mick, etc.; and Mary L. Massey, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

Elva Ayala-Castro, et al. v. GlaxoSmithKline, et al., C.A. No. 5:08-618

Western District of New York

Renee Mick, etc. v. GlaxoSmithKline PLC, et al., C.A. No. 1:08-386

Middle District of North Carolina

Mary L. Massey, et al. v. SmithKline Beecham Corp., et al., C.A. No. 1:08-435

MDL No. 1877 -- **IN RE: CLASSICSTAR MARE LEASE LITIGATION**

Opposition of plaintiff C. Edward Cunningham to transfer of the following action to the United States District Court for the Eastern District of Kentucky:

Western District of Texas

C. Edward Cunningham v. GeoStar Corp., C.A. No. 1:08-183

MDL No. 1909 -- **IN RE: GADOLINIUM CONTRAST DYES PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Udele Rodriguez to transfer of the following action to the United States District Court for the Northern District of Ohio:

Southern District of Texas

Udele Rodriguez v. Tyco Healthcare Group, LP, et al., C.A. No. 2:08-199

MDL No. 1919 -- **IN RE: WASHINGTON MUTUAL, INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION**

Motion of plaintiffs Felton A. Spears, Jr., et al., to transfer the following action to the United States District Court for the Western District of Washington:

Northern District of California

Felton A. Spears, Jr., et al. v. Washington Mutual, Inc., et al., C.A. No. 5:08-868

MDL No. 1945 -- **IN RE: STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION**

Opposition of plaintiff Welborn Baptist Foundation, Inc., to transfer of the following action to the United States District Court for the Southern District of New York:

Southern District of Indiana

Welborn Baptist Foundation, Inc. v. State Street Global Advisors, Inc., et al., C.A. No. 3:08-27

MDL No. 1953 -- **IN RE: HEPARIN PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Mark Andrew Scott, etc.; Betty Valenzo, etc.; Paul Hills; and Isreal Joseph, Sr., et al., to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

Northern District of Illinois

Mark Andrew Scott, etc. v. Baxter International, Inc., et al., C.A. No. 1:08-2058
Betty Valenzo, etc. v. Baxter Healthcare Corp., et al., C.A. No. 1:08-2511
Paul Hills v. Baxter Healthcare Corp., et al., C.A. No. 1:08-3329

Western District of Louisiana

Isreal Joseph, Sr., et al. v. Baxter International, Inc., et al., C.A. No. 6:08-957

MDL No. 1954 -- **IN RE: HANNAFORD BROS. CO. CUSTOMER DATA SECURITY BREACH LITIGATION**

Opposition of plaintiff Thomas T. Grimsdale III to transfer of the following action to the United States District Court for the District of Maine:

Middle District of Florida

Thomas T. Grimsdale III v. Kash 'N Karry Food Stores, Inc., C.A. No. 8:08-754

**ATTACHMENT A TO THE SEPTEMBER 25, 2008**
**SCHEDULE OF MATTERS FOR HEARING SESSION, SECTION B**

MDL No. 1507 -- **IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**

District of Minnesota

Jeanette Rick, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1287
Regina Cohen v. Wyeth, Inc., et al., C.A. No. 0:08-1288
Myrna Beer, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1289
Rose Marie O'Leary, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1290
Elizabeth Ansley v. Wyeth, et al., C.A. No. 0:08-1302
Joyce Worthington v. Wyeth, et al., C.A. No. 0:08-1303
Robert F. Coulter, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1816
Tony DeStefano, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1946
Glenn W. Ouart, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1953
C.h. Ragsdale, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1954
Connie J. Sheren v. Wyeth, Inc., et al., C.A. No. 0:08-1955
George W. Shutt, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1956
Morris Lee Smith, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1957
Clarence Weiss, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1958
Francine D. Slifer, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-2488
Judith Marshall v. Wyeth, et al., C.A. No. 0:08-2494
Ofelia Manuel, et al. v. Wyeth, et al., C.A. No. 0:08-2495
Sandra Rose, et al. v. Wyeth, et al., C.A. No. 0:08-2506
Blodwyn A. Doerfler v. Wyeth, et al., C.A. No. 0:08-2544

Southern District of West Virginia

Blodwyn Doerfler, et al. v. American Home Products Corp., et al., C.A. No. 3:08-346
Ruby Ables, et al. v. American Home Products Corp., et al., C.A. No. 3:08-347
Louise Adams, et al. v. American Home Products Corp., et al., C.A. No. 3:08-348
Alta Adkins v. American Home Products Corp., et al., C.A. No. 3:08-349
Carole Adkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-350
Carolyn Adkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-351
Ethel Adkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-352 Franklin Adkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-353
Mamie Adkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-354
Regina Adkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-355
Clara Allport v. American Home Products Corp., et al., C.A. No. 3:08-356
Bonnie Alvarran, et al. v. American Home Products Corp., et al., C.A. No. 3:08-357
Delores Ambro, et al. v. American Home Products Corp., et al., C.A. No. 3:08-358

**MDL No. 1507 Attachment A (Continued)**

<u>Southern District of West Virginia</u> (Continued)

Juanita Anderson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-359
Canzaza Arkle, et al. v. American Home Products Corp., et al., C.A. No. 3:08-360
Cynthia Armstrong, et al. v. American Home Products Corp., et al., C.A. No. 3:08-361
Betty Arthur, et al. v. American Home Products Corp., et al., C.A. No. 3:08-362
Judy Asbury, et al. v. American Home Products Corp., et al., C.A. No. 3:08-363
Minta Ash, et al. v. American Home Products Corp., et al., C.A. No. 3:08-364
Thelma Atkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-365
Brenda Bailey, et al. v. American Home Products Corp., et al., C.A. No. 3:08-366
Sonja Barnett, et al. v. American Home Products Corp., et al., C.A. No. 3:08-367
Brenda Bates, et al. v. American Home Products Corp., et al., C.A. No. 3:08-368
Norma Beale v. American Home Products Corp., et al., C.A. No. 3:08-369
Connie Beford, et al. v. American Home Products Corp., et al., C.A. No. 3:08-370
Delores Belcher, et al. v. American Home Products Corp., et al., C.A. No. 3:08-371
Gloria Bias v. American Home Products Corp., et al., C.A. No. 3:08-372
Gwendolyn Bias, et al. v. American Home Products Corp., et al., C.A. No. 3:08-373
Barbara Black v. American Home Products Corp., et al., C.A. No. 3:08-374
Mary Blizzard, et al. v. American Home Products Corp., et al., C.A. No. 3:08-375
Frances Bolen, et al. v. American Home Products Corp., et al., C.A. No. 3:08-376
Betty Bonner v. American Home Products Corp., et al., C.A. No. 3:08-377
Dovie Bosher v. American Home Products Corp., et al., C.A. No. 3:08-378
Drema Bousheley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-379
Phyllis Bowcott, et al. v. American Home Products Corp., et al., C.A. No. 3:08-380
Janit Bowen, et al. v. American Home Products Corp., et al., C.A. No. 3:08-381
Evelyn Bower v. American Home Products Corp., et al., C.A. No. 3:08-382
Pearl Fulkes-Bowles, et al. v. American Home Products Corp., et al., C.A. No. 3:08-383
Hazel Brenneman v. American Home Products Corp., et al., C.A. No. 3:08-384
Celesta Bridwell v. American Home Products Corp., et al., C.A. No. 3:08-385
Wilma Brooks, et al. v. American Home Products Corp., et al., C.A. No. 3:08-386
Carol Brown, et al. v. American Home Products Corp., et al., C.A. No. 3:08-387
Freda Brown, et al. v. American Home Products Corp., et al., C.A. No. 3:08-388
Tommy Brown, etc. v. American Home Products Corp., et al., C.A. No. 3:08-389
June Browning, et al. v. American Home Products Corp., et al., C.A. No. 3:08-390
Carolyn Brownlee v. American Home Products Corp., et al., C.A. No. 3:08-391

**MDL No. 1507 Attachment A (Continued)**

Southern District of West Virginia (Continued)

Laura Bryant, et al. v. American Home Products Corp., et al., C.A. No. 3:08-392
Laura Bunnell v. American Home Products Corp., et al., C.A. No. 3:08-393
Jeanette Burns, et al. v. American Home Products Corp., et al., C.A. No. 3:08-394
Patricia Burress v. American Home Products Corp., et al., C.A. No. 3:08-395
Sharon Burton, et al. v. American Home Products Corp., et al., C.A. No. 3:08-396
Norma Cagigas, et al. v. American Home Products Corp., et al., C.A. No. 3:08-397
Linda Caleffie, et al. v. American Home Products Corp., et al., C.A. No. 3:08-398
Colleen Campbell v. American Home Products Corp., et al., C.A. No. 3:08-399
Judith Campbell v. American Home Products Corp., et al., C.A. No. 3:08-400
Viola Capito, et al. v. American Home Products Corp., et al., C.A. No. 3:08-401
Janet Carder, et al. v. American Home Products Corp., et al., C.A. No. 3:08-402
Dorothy Carpenter, et al. v. American Home Products Corp., et al., C.A. No. 3:08-403
Eleanor Carpenter, et al. v. American Home Products Corp., et al., C.A. No. 3:08-404
Carolyn Carper, et al. v. American Home Products Corp., et al., C.A. No. 3:08-405
Betty Carter v. American Home Products Corp., et al., C.A. No. 3:08-406
Connie Carter v. American Home Products Corp., et al., C.A. No. 3:08-407
Linda Carter, et al. v. American Home Products Corp., et al., C.A. No. 3:08-408
Nellie Carter v. American Home Products Corp., et al., C.A. No. 3:08-409
Patty Carter v. American Home Products Corp., et al., C.A. No. 3:08-410
Linda Casdorph, et al. v. American Home Products Corp., et al., C.A. No. 3:08-411
Janet Ann Caudill v. American Home Products Corp., et al., C.A. No. 3:08-412
Janet F. Caudill v. American Home Products Corp., et al., C.A. No. 3:08-413
Dollie Cavender v. American Home Products Corp., et al., C.A. No. 3:08-414
Rita Cavins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-415
Patricia Chandler, et al. v. American Home Products Corp., et al., C.A. No. 3:08-416
Clarice Chapman v. American Home Products Corp., et al., C.A. No. 3:08-417
Janet Chapman v. American Home Products Corp., et al., C.A. No. 3:08-418
Betty Charles, et al. v. American Home Products Corp., et al., C.A. No. 3:08-419
Geraldine Chavis v. American Home Products Corp., et al., C.A. No. 3:08-420
Roberta Childress, et al. v. American Home Products Corp., et al., C.A. No. 3:08-421
Wilma Church, et al. v. American Home Products Corp., et al., C.A. No. 3:08-422
Tena Clay v. American Home Products Corp., et al., C.A. No. 3:08-423
Joyce Clemons, et al. v. American Home Products Corp., et al., C.A. No. 3:08-424

**MDL No. 1507 Attachment A (Continued)**

Southern District of West Virginia (Continued)

Barbara Cobb v. American Home Products Corp., et al., C.A. No. 3:08-425
Norma Cole, et al. v. American Home Products Corp., et al., C.A. No. 3:08-426
Wanda Colebank, et al. v. American Home Products Corp., et al., C.A. No. 3:08-427
Catherine Coleman v. American Home Products Corp., et al., C.A. No. 3:08-428
Gloria Collias v. American Home Products Corp., et al., C.A. No. 3:08-429
Dorothy Comer v. American Home Products Corp., et al., C.A. No. 3:08-430
Anna Compton v. American Home Products Corp., et al., C.A. No. 3:08-431
Margaret Comstock v. American Home Products Corp., et al., C.A. No. 3:08-432
Mary Conley v. American Home Products Corp., et al., C.A. No. 3:08-433
Daniel Bifano, et al. v. American Home Products Corp., et al., C.A. No. 3:08-434
Linda Conner, et al. v. American Home Products Corp., et al., C.A. No. 3:08-435
Billy Cook, etc. v. American Home Products Corp., et al., C.A. No. 3:08-436
Carolyn Cook, et al. v. American Home Products Corp., et al., C.A. No. 3:08-437
Joycelyn Cook v. American Home Products Corp., et al., C.A. No. 3:08-438
Andrea Copley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-439
Colleen Copley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-440
Nancy Cornell v. American Home Products Corp., et al., C.A. No. 3:08-441
Julie Coulter v. American Home Products Corp., et al., C.A. No. 3:08-442
Marilyn Counts v. American Home Products Corp., et al., C.A. No. 3:08-443
Mary Crance, et al. v. American Home Products Corp., et al., C.A. No. 3:08-444
Marjorie Cremeans, et al. v. American Home Products Corp., et al., C.A. No. 3:08-445
Geneva Cumbridge v. American Home Products Corp., et al., C.A. No. 3:08-446
Mary Curry v. American Home Products Corp., et al., C.A. No. 3:08-447
Betty Curtis, et al. v. American Home Products Corp., et al., C.A. No. 3:08-448
Donna Day, et al. v. American Home Products Corp., et al., C.A. No. 3:08-449
Shirley Day v. American Home Products Corp., et al., C.A. No. 3:08-450
Donna Dean v. American Home Products Corp., et al., C.A. No. 3:08-451
Arizona Deknight v. American Home Products Corp., et al., C.A. No. 3:08-452
Debra Delp, et al. v. American Home Products Corp., et al., C.A. No. 3:08-453
Rebecca Dennison, et al. v. American Home Products Corp., et al., C.A. No. 3:08-454
Doris Deskins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-455
Sherry Deskins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-456
Patricia Dienes, et al. v. American Home Products Corp., et al., C.A. No. 3:08-457

**MDL No. 1507 Attachment A (Continued)**

Southern District of West Virginia (Continued)

Georgia Dingess, et al. v. American Home Products Corp., et al., C.A. No. 3:08-458
Patricia Doczi, et al. v. American Home Products Corp., et al., C.A. No. 3:08-459
Eleanor Dotson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-460
Lucinda Douglas, et al. v. American Home Products Corp., et al., C.A. No. 3:08-461 Patsy
Duffey v. American Home Products Corp., et al., C.A. No. 3:08-462
Patty Duffield, et al. v. American Home Products Corp., et al., C.A. No. 3:08-463
Nerva Durham, et al. v. American Home Products Corp., et al., C.A. No. 3:08-464
Sandra Eads v. American Home Products Corp., et al., C.A. No. 3:08-465
Norma Earl v. American Home Products Corp., et al., C.A. No. 3:08-466
Karen Edwards v. American Home Products Corp., et al., C.A. No. 3:08-467
Patricia Enrietti, et al. v. American Home Products Corp., et al., C.A. No. 3:08-468
Irene Ervin v. American Home Products Corp., et al., C.A. No. 3:08-469
Beverly Evans v. American Home Products Corp., et al., C.A. No. 3:08-470
Inas Evans v. American Home Products Corp., et al., C.A. No. 3:08-471
Beulah Facemire v. American Home Products Corp., et al., C.A. No. 3:08-472
Janice Farris, et al. v. American Home Products Corp., et al., C.A. No. 3:08-473
Nilia Fauber, et al. v. American Home Products Corp., et al., C.A. No. 3:08-474
Rosa Finley v. American Home Products Corp., et al., C.A. No. 3:08-475
Barbara Fisher v. American Home Products Corp., et al., C.A. No. 3:08-476
Georgia Fisher, et al. v. American Home Products Corp., et al., C.A. No. 3:08-477
Velma Fisher v. American Home Products Corp., et al., C.A. No. 3:08-478
Martha Fleming v. American Home Products Corp., et al., C.A. No. 3:08-479
Hazel Forbes v. American Home Products Corp., et al., C.A. No. 3:08-480
Alice Frady, et al. v. American Home Products Corp., et al., C.A. No. 3:08-481
Janet Fenner Frame, et al. v. American Home Products Corp., et al., C.A. No. 3:08-482
Ruby Frye, et al. v. American Home Products Corp., et al., C.A. No. 3:08-483
Carolyn Furman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-484
Rae Gandee v. American Home Products Corp., et al., C.A. No. 3:08-485
Toney Garrison v. American Home Products Corp., et al., C.A. No. 3:08-486
Esther Gibbs, et al. v. American Home Products Corp., et al., C.A. No. 3:08-487
Betty Gill v. American Home Products Corp., et al., C.A. No. 3:08-488
John Ginn, et al. v. American Home Products Corp., et al., C.A. No. 3:08-489
Karen Givens, et al. v. American Home Products Corp., et al., C.A. No. 3:08-490

**MDL No. 1507 Attachment A (Continued)**

Southern District of West Virginia (Continued)

Sandra Godwin, et al. v. American Home Products Corp., et al., C.A. No. 3:08-491
Betty Good, et al. v. American Home Products Corp., et al., C.A. No. 3:08-492
Lorraine Goodman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-493
Kathryn Gould, et al. v. American Home Products Corp., et al., C.A. No. 3:08-494
Anna Graham v. American Home Products Corp., et al., C.A. No. 3:08-495
Audrey Graham v. American Home Products Corp., et al., C.A. No. 3:08-496
Patricia Granato, et al. v. American Home Products Corp., et al., C.A. No. 3:08-497
Mary Gray, et al. v. American Home Products Corp., et al., C.A. No. 3:08-498
Geraldine Green, et al. v. American Home Products Corp., et al., C.A. No. 3:08-499
Jacqueline Green, et al. v. American Home Products Corp., et al., C.A. No. 3:08-500
Phyllis Green, et al. v. American Home Products Corp., et al., C.A. No. 3:08-501
Rhita Grim, et al. v. American Home Products Corp., et al., C.A. No. 3:08-502
Martha Haga, et al. v. American Home Products Corp., et al., C.A. No. 3:08-503
Janice Hager v. American Home Products Corp., et al., C.A. No. 3:08-504
Eileen Haislop v. American Home Products Corp., et al., C.A. No. 3:08-505
Shirley Hale v. American Home Products Corp., et al., C.A. No. 3:08-506
Gayle Hamon, et al. v. American Home Products Corp., et al., C.A. No. 3:08-507
Dorothy Hardy v. American Home Products Corp., et al., C.A. No. 3:08-508
Nancy Hardy, et al. v. American Home Products Corp., et al., C.A. No. 3:08-509
Mary Harless, et al. v. American Home Products Corp., et al., C.A. No. 3:08-510
Patricia Harman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-511
Karen Harper v. American Home Products Corp., et al., C.A. No. 3:08-512
Phyllis Harris v. American Home Products Corp., et al., C.A. No. 3:08-513
Julia Harford v. American Home Products Corp., et al., C.A. No. 3:08-514
Sharon Hartley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-515
Jacqueline Hatfield, et al. v. American Home Products Corp., et al., C.A. No. 3:08-516
Zelda Hatten, et al. v. American Home Products Corp., et al., C.A. No. 3:08-517
Martha Hayden, et al. v. American Home Products Corp., et al., C.A. No. 3:08-518
Josephine Haynes, et al. v. American Home Products Corp., et al., C.A. No. 3:08-519
Drema Henrich v. American Home Products Corp., et al., C.A. No. 3:08-520
Frances Henson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-521
Marilyn Settle, et al. v. American Home Products Corp., et al., C.A. No. 3:08-522
Dorothy Hiner v. American Home Products Corp., et al., C.A. No. 3:08-523

**MDL No. 1507 Attachment A (Continued)**

Southern District of West Virginia (Continued)

Lawrence Hinkle, et al. v. American Home Products Corp., et al., C.A. No. 3:08-524
Margaret Hoffman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-525
Mary Holstein, et al. v. American Home Products Corp., et al., C.A. No. 3:08-526
Arita Hooser v. American Home Products Corp., et al., C.A. No. 3:08-527
Anna Hubbard, et al. v. American Home Products Corp., et al., C.A. No. 3:08-528
Barbara Hubbard, et al. v. American Home Products Corp., et al., C.A. No. 3:08-529
Donna Huffman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-530
Nancy Humphreys v. American Home Products Corp., et al., C.A. No. 3:08-531
Josephine Hurley v. American Home Products Corp., et al., C.A. No. 3:08-532
Gallie Isaac, Jr., etc. v. American Home Products Corp., et al., C.A. No. 3:08-533
Charlene Jackson v. American Home Products Corp., et al., C.A. No. 3:08-534
Carolyn James, et al. v. American Home Products Corp., et al., C.A. No. 3:08-535
Juanita Jarrell, et al. v. American Home Products Corp., et al., C.A. No. 3:08-536
Macie Jarrell, et al. v. American Home Products Corp., et al., C.A. No. 3:08-537
Rita Javins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-538
Norma Jeffers, et al. v. American Home Products Corp., et al., C.A. No. 3:08-539
Diana Johnson v. American Home Products Corp., et al., C.A. No. 3:08-540
Elsie Johnson v. American Home Products Corp., et al., C.A. No. 3:08-541
Sylvia Johnson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-542
Twila Jordan, et al. v. American Home Products Corp., et al., C.A. No. 3:08-543
Jan Karnes, et al. v. American Home Products Corp., et al., C.A. No. 3:08-544
Joyce Kasey v. American Home Products Corp., et al., C.A. No. 3:08-545
Nancy Kassay, et al. v. American Home Products Corp., et al., C.A. No. 3:08-546
Connie Kay, et al. v. American Home Products Corp., et al., C.A. No. 3:08-547
Fannie Keith, et al. v. American Home Products Corp., et al., C.A. No. 3:08-548
Margaret Kellar v. American Home Products Corp., et al., C.A. No. 3:08-549
Wilma Kelly v. American Home Products Corp., et al., C.A. No. 3:08-550
Judy Kerns v. American Home Products Corp., et al., C.A. No. 3:08-551
Gladys Kessinger v. American Home Products Corp., et al., C.A. No. 3:08-552
Carolyn Kimball, et al. v. American Home Products Corp., et al., C.A. No. 3:08-553
Anna King, et al. v. American Home Products Corp., et al., C.A. No. 3:08-554
Cylinda King, et al. v. American Home Products Corp., et al., C.A. No. 3:08-555
Jean King v. American Home Products Corp., et al., C.A. No. 3:08-556

**MDL No. 1507 Attachment A (Continued)**

Southern District of West Virginia (Continued)

Billie Kinser v. American Home Products Corp., et al., C.A. No. 3:08-557
Shirley Kittle, et al. v. American Home Products Corp., et al., C.A. No. 3:08-558
Cheryle Knight, et al. v. American Home Products Corp., et al., C.A. No. 3:08-559
Virginia Knight, et al. v. American Home Products Corp., et al., C.A. No. 3:08-560
Janet Koon v. American Home Products Corp., et al., C.A. No. 3:08-561
Susan Kozielec, et al. v. American Home Products Corp., et al., C.A. No. 3:08-562
Wanda Lamb v. American Home Products Corp., et al., C.A. No. 3:08-563
Dorothy Lambert v. American Home Products Corp., et al., C.A. No. 3:08-564
Ellen Lambert, et al. v. American Home Products Corp., et al., C.A. No. 3:08-565
Deborah Lane, et al. v. American Home Products Corp., et al., C.A. No. 3:08-566
Mary Lane, et al. v. American Home Products Corp., et al., C.A. No. 3:08-567
Helen Lanham, et al. v. American Home Products Corp., et al., C.A. No. 3:08-568
Janice Lawrence v. American Home Products Corp., et al., C.A. No. 3:08-569
Joann Layfield, et al. v. American Home Products Corp., et al., C.A. No. 3:08-570
Dorothy Layton, et al. v. American Home Products Corp., et al., C.A. No. 3:08-571
Johnnie Lee, etc. v. American Home Products Corp., et al., C.A. No. 3:08-572
Mary Lemaster v. American Home Products Corp., et al., C.A. No. 3:08-573
Betty Lemasters v. American Home Products Corp., et al., C.A. No. 3:08-574
Arlene Lester-Houston, et al. v. American Home Products Corp., et al., C.A. No. 3:08-575
Polly Lester, et al. v. American Home Products Corp., et al., C.A. No. 3:08-576
Sylvia Underwood-Lewis, et al. v. American Home Products Corp., et al., C.A. No. 3:08-577
Dorothy Lieving, et al. v. American Home Products Corp., et al., C.A. No. 3:08-578
Elizabeth Linkous v. American Home Products Corp., et al., C.A. No. 3:08-579
Joyce Lively, et al. v. American Home Products Corp., et al., C.A. No. 3:08-580
Shelva Lockhart v. American Home Products Corp., et al., C.A. No. 3:08-581
Linda Logan, et al. v. American Home Products Corp., et al., C.A. No. 3:08-582
Deloris Logue v. American Home Products Corp., et al., C.A. No. 3:08-583
Katherine Long v. American Home Products Corp., et al., C.A. No. 3:08-584
Alice Looman v. American Home Products Corp., et al., C.A. No. 3:08-585
Patricia Lovejoy v. American Home Products Corp., et al., C.A. No. 3:08-586
Nancy Lucion v. American Home Products Corp., et al., C.A. No. 3:08-587

**MDL No. 1507 Attachment A (Continued)**

Southern District of West Virginia (Continued)

Patricia Lyons, et al. v. American Home Products Corp., et al., C.A. No. 3:08-588
Frances MacKnight, et al. v. American Home Products Corp., et al., C.A. No. 3:08-589
Nancy Marcum, et al. v. American Home Products Corp., et al., C.A. No. 3:08-590
Juanita Marshall, et al. v. American Home Products Corp., et al., C.A. No. 3:08-591
Imogene Mason, et al. v. American Home Products Corp., et al., C.A. No. 3:08-592
Beverly Massey, et al. v. American Home Products Corp., et al., C.A. No. 3:08-593
Charles Maxwell, etc. v. American Home Products Corp., et al., C.A. No. 3:08-594
Juanita May v. American Home Products Corp., et al., C.A. No. 3:08-595
Judy May v. American Home Products Corp., et al., C.A. No. 3:08-596
Phyllis May v. American Home Products Corp., et al., C.A. No. 3:08-597
Pansy Mayes, et al. v. American Home Products Corp., et al., C.A. No. 3:08-598
Dolores Mayle, et al. v. American Home Products Corp., et al., C.A. No. 3:08-599
Mary Maynard, et al. v. American Home Products Corp., et al., C.A. No. 3:08-600
Ila Maynor, et al. v. American Home Products Corp., et al., C.A. No. 3:08-601
Mary Mayo, et al. v. American Home Products Corp., et al., C.A. No. 3:08-602
Helen McClure, et al. v. American Home Products Corp., et al., C.A. No. 3:08-603
Donna McCormick v. American Home Products Corp., et al., C.A. No. 3:08-604
Terry McElroy v. American Home Products Corp., et al., C.A. No. 3:08-605
Betty McGraw, et al. v. American Home Products Corp., et al., C.A. No. 3:08-606
Alice McManaman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-607
Arlene McMillion v. American Home Products Corp., et al., C.A. No. 3:08-608
Clara Means, et al. v. American Home Products Corp., et al., C.A. No. 3:08-609
Teresa White, et al. v. American Home Products Corp., et al., C.A. No. 3:08-610
Linda Means, et al. v. American Home Products Corp., et al., C.A. No. 3:08-611
Helen Meronuk, et al. v. American Home Products Corp., et al., C.A. No. 3:08-612
Cloudia Metts v. American Home Products Corp., et al., C.A. No. 3:08-613
Evelyn Metz, et al. v. American Home Products Corp., et al., C.A. No. 3:08-614
Loranna Midkiff v. American Home Products Corp., et al., C.A. No. 3:08-615
Jane Milam, et al. v. American Home Products Corp., et al., C.A. No. 3:08-616
Matthew Alan Miles, etc. v. American Home Products Corp., et al., C.A. No. 3:08-617
Anna Miller v. American Home Products Corp., et al., C.A. No. 3:08-618
Mary Miller v. American Home Products Corp., et al., C.A. No. 3:08-619
Sally Miller, et al. v. American Home Products Corp., et al., C.A. No. 3:08-620

**MDL No. 1507 Attachment A (Continued)**

Southern District of West Virginia (Continued)

Violet Miller, et al. v. American Home Products Corp., et al., C.A. No. 3:08-621
Iva Mitchell v. American Home Products Corp., et al., C.A. No. 3:08-622
Linda Moncrief, et al. v. American Home Products Corp., et al., C.A. No. 3:08-623
Margaret Monroe, et al. v. American Home Products Corp., et al., C.A. No. 3:08-624
Sylvia Monty v. American Home Products Corp., et al., C.A. No. 3:08-625
Wilma Morgan, et al. v. American Home Products Corp., et al., C.A. No. 3:08-626
Helen Mounts v. American Home Products Corp., et al., C.A. No. 3:08-627
Lois Mounts v. American Home Products Corp., et al., C.A. No. 3:08-628
Debra Mullins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-629
Jennetie Muncy v. American Home Products Corp., et al., C.A. No. 3:08-630
Alice Murphy, et al. v. American Home Products Corp., et al., C.A. No. 3:08-631
Sandra Murphy v. American Home Products Corp., et al., C.A. No. 3:08-632
Virginia Murphy v. American Home Products Corp., et al., C.A. No. 3:08-633
Barbara Mutters, et al. v. American Home Products Corp., et al., C.A. No. 3:08-634
Linda Napier, et al. v. American Home Products Corp., et al., C.A. No. 3:08-635
Nancy Napier, et al. v. American Home Products Corp., et al., C.A. No. 3:08-636
Judith Neace, et al. v. American Home Products Corp., et al., C.A. No. 3:08-637
Betty Newman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-638
Florence Nichols, et al. v. American Home Products Corp., et al., C.A. No. 3:08-639
Josetta Noble, et al. v. American Home Products Corp., et al., C.A. No. 3:08-640
Teresa Noe v. American Home Products Corp., et al., C.A. No. 3:08-641
Alice Null v. American Home Products Corp., et al., C.A. No. 3:08-642
Betty Nutter v. American Home Products Corp., et al., C.A. No. 3:08-643
Isabelle Nutter v. American Home Products Corp., et al., C.A. No. 3:08-644
Peggy Nutter v. American Home Products Corp., et al., C.A. No. 3:08-645
Margarette Offutt, et al. v. American Home Products Corp., et al., C.A. No. 3:08-646
Josephine Ohler, et al. v. American Home Products Corp., et al., C.A. No. 3:08-647
Carol Overbaugh, et al. v. American Home Products Corp., et al., C.A. No. 3:08-648
Dana Pack, et al. v. American Home Products Corp., et al., C.A. No. 3:08-649
Anita Paden v. American Home Products Corp., et al., C.A. No. 3:08-650
Martha Painter, et al. v. American Home Products Corp., et al., C.A. No. 3:08-651
Carolyn Pauley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-652
Lindsey Parsley v. American Home Products Corp., et al., C.A. No. 3:08-653

**MDL No. 1507 Attachment A (Continued)**

Southern District of West Virginia (Continued)

Joann Paxton v. American Home Products Corp., et al., C.A. No. 3:08-654
Linda Payne, et al. v. American Home Products Corp., et al., C.A. No. 3:08-655
Sharon Pemberton, et al. v. American Home Products Corp., et al., C.A. No. 3:08-656
Brenda Pennington, et al. v. American Home Products Corp., et al., C.A. No. 3:08-657
Mary Perkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-658
Brenda Perrine, et al. v. American Home Products Corp., et al., C.A. No. 3:08-659
Dorothy Perry, et al. v. American Home Products Corp., et al., C.A. No. 3:08-660
Linda Perry v. American Home Products Corp., et al., C.A. No. 3:08-661
Louella Perry, et al. v. American Home Products Corp., et al., C.A. No. 3:08-662
Sheila Peters v. American Home Products Corp., et al., C.A. No. 3:08-663
Delores Phillips, et al. v. American Home Products Corp., et al., C.A. No. 3:08-664
Elizabeth Pickrell v. American Home Products Corp., et al., C.A. No. 3:08-665
Jane Pierce, et al. v. American Home Products Corp., et al., C.A. No. 3:08-666
Sharon Poe, et al. v. American Home Products Corp., et al., C.A. No. 3:08-667
Connie Porter, et al. v. American Home Products Corp., et al., C.A. No. 3:08-668
Marlene Price v. American Home Products Corp., et al., C.A. No. 3:08-669
Rowena Pritchett v. American Home Products Corp., et al., C.A. No. 3:08-670
Vivian Pursley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-671
Mary Ramey v. American Home Products Corp., et al., C.A. No. 3:08-672
Dorothy Ray v. American Home Products Corp., et al., C.A. No. 3:08-673
Brenda Raynes, et al. v. American Home Products Corp., et al., C.A. No. 3:08-674
Lillian Raynes, et al. v. American Home Products Corp., et al., C.A. No. 3:08-675
Christina Rice, et al. v. American Home Products Corp., et al., C.A. No. 3:08-676
Clara Rigney, et al. v. American Home Products Corp., et al., C.A. No. 3:08-677
Judy Roberts, et al. v. American Home Products Corp., et al., C.A. No. 3:08-678
Teresa Roberts, et al. v. American Home Products Corp., et al., C.A. No. 3:08-679
Caroline Robinson v. American Home Products Corp., et al., C.A. No. 3:08-680
Charlotte Robinson v. American Home Products Corp., et al., C.A. No. 3:08-681
Wanda Robinson v. American Home Products Corp., et al., C.A. No. 3:08-682
Gladys Rogers, et al. v. American Home Products Corp., et al., C.A. No. 3:08-683
Sharon Rogers, et al. v. American Home Products Corp., et al., C.A. No. 3:08-684
Cheryl Rorie v. American Home Products Corp., et al., C.A. No. 3:08-685
Harold Ross, etc. v. American Home Products Corp., et al., C.A. No. 3:08-686

**MDL No. 1507 Attachment A (Continued)**

Southern District of West Virginia (Continued)

Katheryn Ross v. American Home Products Corp., et al., C.A. No. 3:08-687
Thelma Roy, et al. v. American Home Products Corp., et al., C.A. No. 3:08-688
Betty Runyan, et al. v. American Home Products Corp., et al., C.A. No. 3:08-689
Connie Rutherford v. American Home Products Corp., et al., C.A. No. 3:08-690
Phyllis Samples v. American Home Products Corp., et al., C.A. No. 3:08-691
Barbara Sams v. American Home Products Corp., et al., C.A. No. 3:08-692
Judith Sarrett, et al. v. American Home Products Corp., et al., C.A. No. 3:08-693
Cheryl Satterfield v. American Home Products Corp., et al., C.A. No. 3:08-694
Tammy Saunders, et al. v. American Home Products Corp., et al., C.A. No. 3:08-695
Doris Saunders, et al. v. American Home Products Corp., et al., C.A. No. 3:08-696
Lou Ann Scaggs, et al. v. American Home Products Corp., et al., C.A. No. 3:08-697
Myrtle Scaggs, et al. v. American Home Products Corp., et al., C.A. No. 3:08-698
Frances Scarbro, et al. v. American Home Products Corp., et al., C.A. No. 3:08-699
Thomasina Schaffer, et al. v. American Home Products Corp., et al., C.A. No. 3:08-700
Karen Schagat, et al. v. American Home Products Corp., et al., C.A. No. 3:08-701
Jennifer Schmidt, et al. v. American Home Products Corp., et al., C.A. No. 3:08-702
Judith Schultz, et al. v. American Home Products Corp., et al., C.A. No. 3:08-703
Minnie Scott, et al. v. American Home Products Corp., et al., C.A. No. 3:08-704
Mellie Seabolt, et al. v. American Home Products Corp., et al., C.A. No. 3:08-705
Anne Sexton, et al. v. American Home Products Corp., et al., C.A. No. 3:08-706
Barbara Shaffer, et al. v. American Home Products Corp., et al., C.A. No. 3:08-707
Myrtle Shamblin, et al. v. American Home Products Corp., et al., C.A. No. 3:08-708
Jackolin Shiels v. American Home Products Corp., et al., C.A. No. 3:08-709
Philippa Shores, et al. v. American Home Products Corp., et al., C.A. No. 3:08-710 Jeanette
Shumar v. American Home Products Corp., et al., C.A. No. 3:08-711
Bonnie Siders, et al. v. American Home Products Corp., et al., C.A. No. 3:08-712
Sandra Simmons, et al. v. American Home Products Corp., et al., C.A. No. 3:08-713
Gency Simpson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-714
Rhetta Skaggs v. American Home Products Corp., et al., C.A. No. 3:08-715
Yvonna Sloan, et al. v. American Home Products Corp., et al., C.A. No. 3:08-716
Annemarie Slone, et al. v. American Home Products Corp., et al., C.A. No. 3:08-717
Barbara Smith, et al. v. American Home Products Corp., et al., C.A. No. 3:08-718
Jackie Smith v. American Home Products Corp., et al., C.A. No. 3:08-719

**MDL No. 1507 Attachment A (Continued)**

Southern District of West Virginia (Continued)

Josephine Smith v. American Home Products Corp., et al., C.A. No. 3:08-720
Rhodonna Smith, et al. v. American Home Products Corp., et al., C.A. No. 3:08-721
Alice Spainhour, et al. v. American Home Products Corp., et al., C.A. No. 3:08-722
Regenia Stamper, et al. v. American Home Products Corp., et al., C.A. No. 3:08-723
Carolyn Stanley v. American Home Products Corp., et al., C.A. No. 3:08-724
Audalene Starr v. American Home Products Corp., et al., C.A. No. 3:08-725
Doreen Steele, et al. v. American Home Products Corp., et al., C.A. No. 3:08-726
Linda Steen, et al. v. American Home Products Corp., et al., C.A. No. 3:08-727
Shirley Stroehman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-728
Alice Stowers, et al. v. American Home Products Corp., et al., C.A. No. 3:08-729
Julia Sturgell, et al. v. American Home Products Corp., et al., C.A. No. 3:08-730
Hazel Summerville v. American Home Products Corp., et al., C.A. No. 3:08-731
Bonnie Sutphin v. American Home Products Corp., et al., C.A. No. 3:08-732
Geraldine Sweeney, et al. v. American Home Products Corp., et al., C.A. No. 3:08-733
Vicenta Taisacan v. American Home Products Corp., et al., C.A. No. 3:08-734
Betty Talbert v. American Home Products Corp., et al., C.A. No. 3:08-735
Charlotte Taylor v. American Home Products Corp., et al., C.A. No. 3:08-736
Irene Taylor v. American Home Products Corp., et al., C.A. No. 3:08-737
Juanita Taylor v. American Home Products Corp., et al., C.A. No. 3:08-738
Navonda Tenney, et al. v. American Home Products Corp., et al., C.A. No. 3:08-739
Connie Thomas, et al. v. American Home Products Corp., et al., C.A. No. 3:08-740
Brenda Thompson v. American Home Products Corp., et al., C.A. No. 3:08-741
Liddie Thompson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-742 Susie
Thompson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-743
Juanita Tickle v. American Home Products Corp., et al., C.A. No. 3:08-744
Debra Tilley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-745
Beverly Tilson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-746
Goldie Tomblin v. American Home Products Corp., et al., C.A. No. 3:08-747
Nancy Toncray v. American Home Products Corp., et al., C.A. No. 3:08-748
Antha Tolley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-749
Barbara Traeger v. American Home Products Corp., et al., C.A. No. 3:08-750
Joann Truman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-751
Shirley Tucker, et al. v. American Home Products Corp., et al., C.A. No. 3:08-752

**MDL No. 1507 Attachment A (Continued)**

Southern District of West Virginia (Continued)

Faye Turley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-753
Lisa Tuttle v. American Home Products Corp., et al., C.A. No. 3:08-754
Dorothy Upton, et al. v. American Home Products Corp., et al., C.A. No. 3:08-755
Brenda Utt, et al. v. American Home Products Corp., et al., C.A. No. 3:08-756
Susan Vance, et al. v. American Home Products Corp., et al., C.A. No. 3:08-757
Rebecca Vice, et al. v. American Home Products Corp., et al., C.A. No. 3:08-758
Julie Walker, et al. v. American Home Products Corp., et al., C.A. No. 3:08-759
Mary Walker, et al. v. American Home Products Corp., et al., C.A. No. 3:08-760
Peggy Wallace, et al. v. American Home Products Corp., et al., C.A. No. 3:08-761
Roberta Wallace, et al. v. American Home Products Corp., et al., C.A. No. 3:08-762
Patricia Waller v. American Home Products Corp., et al., C.A. No. 3:08-763
Ella Walls, et al. v. American Home Products Corp., et al., C.A. No. 3:08-764
Helen Ward, et al. v. American Home Products Corp., et al., C.A. No. 3:08-765
Janet Wardle, et al. v. American Home Products Corp., et al., C.A. No. 3:08-766
Agnes Watt, et al. v. American Home Products Corp., et al., C.A. No. 3:08-767
Julia Watts, et al. v. American Home Products Corp., et al., C.A. No. 3:08-768
Marilyn Weaver, et al. v. American Home Products Corp., et al., C.A. No. 3:08-769
Norma Weaver, et al. v. American Home Products Corp., et al., C.A. No. 3:08-770
Elva Weekley v. American Home Products Corp., et al., C.A. No. 3:08-771
Linda Weis, et al. v. American Home Products Corp., et al., C.A. No. 3:08-772
Carroll Westfall v. American Home Products Corp., et al., C.A. No. 3:08-773
Sheila Wheeler, et al. v. American Home Products Corp., et al., C.A. No. 3:08-774
Kenneth Whitt, etc. v. American Home Products Corp., et al., C.A. No. 3:08-775
Paulette Wiley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-776
Sharon Williams v. American Home Products Corp., et al., C.A. No. 3:08-777
Cheryl Wimer-Hoffman v. American Home Products Corp., et al., C.A. No. 3:08-778
Bernice Wilson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-779
Carol Wimmer, et al. v. American Home Products Corp., et al., C.A. No. 3:08-780
Ramona Wolfe, et al. v. American Home Products Corp., et al., C.A. No. 3:08-781
Maxine Workman v. American Home Products Corp., et al., C.A. No. 3:08-782
Moss Workman, etc. v. American Home Products Corp., et al., C.A. No. 3:08-783
Judith Xenos, et al. v. American Home Products Corp., et al., C.A. No. 3:08-784
SherryYouell, et al. v. American Home Products Corp., et al., C.A. No. 3:08-785
Helen Young, et al. v. American Home Products Corp., et al., C.A. No. 3:08-786
Mary Young v. American Home Products Corp., et al., C.A. No. 3:08-787

# PROCEDURES FOR ORAL ARGUMENT BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. See generally In re "East of the Rockies" Concrete Pipe Antitrust Cases, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1: HEARING SESSIONS AND ORAL ARGUMENT

(a) Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b) Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c) No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

(i) the dispositive issue(s) have been authoritatively decided; or

(ii) the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d) In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e) Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f) Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g) Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.