UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| ROY V. HURSH,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 08-CV-01313-L-NLS<br><br>**ORDER GRANTING JOINT MOTION TO STAY PENDING RESOLUTION OF CONSOLIDATION MOTION BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Judge: Hon. M. James Lorenz |

Upon consideration of the Joint Motion of Plaintiff Roy V. Hursh ("Plaintiff") and Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., and Full Spectrum Lending (a division of Countrywide Home Loans, Inc., erroneously named as Full Spectrum Lending, Inc.) (collectively, "Defendants") to Stay Pending Resolution of Consolidation Motion Before Judicial Panel on Multidistrict Litigation, IT IS HEREBY ORDERED THAT this action is stayed until ten (10) days after the MDL Panel's ruling on the MDL Motion or, in the event the MDL Motion is granted, until further order of the transferee court.

IT IS SO ORDERED.

Dated: August 25, 2008 By: [signature]

HONORABLE M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE