MDL DOCKET NO. 1988

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN **SEPTEMBER 8, 2008**

FILED

SEP - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

08CV1313-L(NLS)

TO: Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

X This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

___ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

___ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| 8/28/08 | John Beisner | John H. Beisner |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

See attached.

Name and Address of Attorney Designated to Present Oral Argument:

John Beisner
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006

Telephone No.: 202/383-5300

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. ***THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.***

**MDL NO. 1988**
**PARTIES REPRESENTED BY O'MELVENY & MYERS LLP IN**
**CONSTITUENT CASES**

Central District of California

*Heath O. White, et al. v. Countrywide Financial Corp.*, et al., C.A. No. 2:07-6094

Parties represented: Countrywide Financial Corp. and Countrywide Home Loans, Inc.

*The People of the State of California v. Countrywide Financial Corp., et al.*, C.A. No. 2:08-4861

Parties represented: Countrywide Financial Corp., Countrywide Home Loans, Inc., and Full Spectrum Lending, Inc.

*Symone Leyvas, et al. v. Bank of America Corp., et al.*, C.A. No. 8:08-787

Parties represented: Bank of America Corp., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Bank, FSB, and Full Spectrum Lending, Inc.

Southern District of California

*Roy V. Hursh v. Countrywide Financial Corp., et al.*, C.A. No. 3:08-1313

Parties represented: Countrywide Financial Corp., Countrywide Home Loans, Inc., and Full Spectrum Lending, Inc.

*The People of the State of California v. Countrywide Financial Corp., et al.*, C.A. No. 3:08-1348

Parties represented: Bank of America Corp. and Countrywide Financial Corp.

Northern District of Illinois

*The People of the State of Illinois v. Countrywide Financial Corp., et al.*, C.A. No. 1:08-4210

Parties represented: Countrywide Financial Corp., Countrywide Home Loans, Inc., Full Spectrum Lending, and Countrywide Home Loans Servicing LP.

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

MDL No. 1988 – IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE MARKETING AND SALES PRACTICES LITIGATION

CERTIFICATE OF SERVICE

I hereby certify that a copy of a Notice of Presentation of Oral Argument was served by First Class Mail on August 28, 2008, to the following:

Clerk, Central District of California
Western Division
312 N. Spring Street
Los Angeles, California 90012

Clerk, Central District of California
Western Division
411 West Fourth Street, Room 1053
Santa Ana, California 92701-4516

Clerk, Southern District of California
880 Front Street, Suite 4290
San Diego, California 92101-8900

Clerk, Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Kathrin Sears
Deputy Attorney General
California Department of Justice

Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Benjamin G. Diehl
Deputy Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
213-897-5548
Fax: 213-897-4951

Counsel for plaintiffs the People of the State of California; C.D. California, 08-04861

Deborah Hagan
Veronica L. Spicer
Illinois Attorney General's Office
100 W. Randolph St., 12th Floor
Chicago, Illinois 60601
312-814-3000

Counsel for plaintiffs the People of the State of Illinois; N.D. Illinois, 08-cv-4210

Michael J. Aguirre
City Attorney
Office of the City Attorney
1200 Third Avenue, Suite 700
San Diego, CA 92101
619-533-5500

Counsel for plaintiff; S.D. California, 08-CV-1348.

Joe R. Whatley, Jr.
Lili R. Sabo
Whatley Drake and Kallas LLC
1540 Broadway 37th Floor
New York, NY 10036
212-447-7070
Fax: 212-447-7077
Email: jwhatley@wdklaw.com
Email: lsabo@wdklaw.com

Counsel for plaintiffs Francis G. Sizemore; Rebecca G. Sizemore; Edward Marini; Kimberly Menichetti; Philip D. Menichetti; Sequesta L. Washington; C.D. California, 2:07-cv-06094

Christopher Kim
Lim Ruger and Kim LLP
1055 West Seventh Street Suite 2800
Los Angeles, CA 90017
213-955-9500
Fax: 213-955-9511
Email: christopher.kim@lrklawyers.com

Counsel for plaintiffs Symone Leyvas; John Leyvas; June Harding Brown; C.D. California, 8:08-cv-787

Joseph J. Rego
4019 Park Boulevard
San Diego, California 92103
619-293-0310
Fax: 619-293-0940
Email: jjrego2@msn.com

Counsel for plaintiff Roy V. Hursh; S.D. California, 3:08-cv-01313

Thomas M. Hefferon
Goodwin Procter LLP
901 New York Avenue, NW
Washington, D.C. 20001
202-346-4000
Email: thefferon@goodwinprocter.com

Counsel for all defendants; C.D. California, 2:07-cv-06094; C.D. California, 8:08-cv-787.

Counsel for all defendants other than Angelo Mozilo and David Sambol; S.D. California, 3:08-cv-01313; S.D. California, 08-CV-1348.

Brooks R. Brown
Goodwin Procter LLP
10250 Constellation Boulevard
21st Floor
Los Angeles, CA 90067
310-788-5100
Fax: 310-286-0992

Email: bbrown@goodwinprocter.com

Counsel for all defendants; C.D. California, 2:07-cv-06094; C.D. California, 8:08-cv-787.

Counsel for all defendants other than Angelo Mozilo and David Sambol; S.D. California, 3:08-cv-01313; S.D. California, 08-CV-1348.

Kenneth R. Heitz
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310-277-1010
Fax: 310-203-7199
Email: kheitz@irell.com

Counsel for Angelo Mozilo; C.D. California, 08-04861; S.D. California, 3:08-cv-01313; S.D. California, 08-CV-1348; N.D. Illinois, 08-cv-4210.

Walt F. Brown, Jr.
Orrick Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105-2669
415-773-5700
Fax: 415-773-5759
Email: wbrown@orrick.com

Counsel for David Sambol; C.D. California, 08-04861; S.D. California, 3:08-cv-01313; S.D. California, 08-CV-1348.

Virginia Fort

Printed on 08/11/2008

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List for MDL 1988 - IN RE: Countrywide Financial Corp. Mortgage Marketing and Sales

***** Report Key and Title Page *****

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**

* Signifies that an appearance was made on behalf of the party by the representing attorney.
\# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**

Docket: 1988 - Countrywide Financial Corp. Mortgage Marketing and Sales Practices
For Open Cases

Docket: 1988 - IN RE: Countrywide Financial Corp. Mortgage Marketing and Sales Practices Litigation
Status: Pending on / /
Transferee District: Judge:

Printed on 08/11/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Beisner, John H.<br>O'Melveny & Myers, L.L.P.<br>1625 Eye Street, N.W.<br>Washington, DC 20006 | **=>Phone: (202) 383-5300 Fax: (202) 383-5414 Email: jbeisner@omm.com**<br>Bank of America; Bank of America Corp.*; Countrywide Bank, FSB*; Countrywide Financial Corp.*; Countrywide Home Loans Servicing LP; Countrywide Home Loans, Inc.*; Full Spectrum Lending, Inc.; Garcia, Carlos; Kurland, Stanford; Mozilo, Angelo; Sambol, David |
| Diehl, Benjamin G.<br>Office of the California Attorney General<br>300 South Spring Street<br>Suite 1702<br>Los Angeles, CA 90013 | **=>Phone: (213) 897-5548 Fax: (213) 897-4951 Email: benjamin.diehl@doj.ca.gov**<br>People of the State of California (The)* |
| Hefferon, Thomas M.<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>9th Floor, East<br>Washington, DC 20001 | **=>Phone: (202) 346-4000 Fax: (202) 346-4444 Email: thefferon@goodwinproctor.com**<br>Countrywide Bank, N.A.; Countrywide Tax Services Corp.; LandSafe Appraisal Services, Inc.; LandSafe Credit, Inc.; LandSafe Flood Determination, Inc.; LandSafe, Inc. |
| Kim, Christopher<br>LIM RUGER & KIM<br>1055 West 7th Street<br>Suite 2800<br>Los Angeles, CA 90017 | **=>Phone: (213) 955-9500 Fax: (213) 955-9511 Email: christopher.kim@lrklawyers.com**<br>Brown, June Harding; Leyvas, John; Leyvas, Symone |
| Rego, Joseph J.<br>LAW OFFICES OF JOSEPH J REGO<br>4019 Park Boulevard<br>San Diego, CA 92103 | **=>Phone: (619) 293-0310 Fax: (619) 293-0940 Email: jjrego2@msn.com**<br>Hursh, Roy V. |
| Spicer, Veronica L.<br>Office of the Illinois Attorney General<br>100 West Randolph Street<br>12th Floor<br>Chicago, IL 60625 | **=>Phone: (312) 814-8553 Fax: (312) 814-2593 Email: vspicer@excite.com**<br>People of the State of Illinois (The)* |
| Whatley, Jr., Joe R.<br>WHATLEY DRAKE & KALLAS LLC<br>1540 Broadway<br>37th Floor<br>New York, NY 10036 | **=>Phone: (212) 447-7070 Fax: (212) 447-7077 Email: jwhatley@wdklaw.com**<br>Marini, Edward; Menichetti, Kimberly; Menichetti, Philip D.; Sizemore, Francis G.; Sizemore, Rebecca G.; Washington, Sequesta L. |